DEC 30 2024 PM 12:58
FILED-USDC-CT-HARTFORD

## UNITED STATES DISTRICT COURT
### District of Connecticut

Jason Rolo
_Plaintiff_

v.

SEC, FINRA, DTCC, John Doe
_Defendant_

Case No. _____

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

12-30-24
_Date_

_Filer's signature_

Jason Rolo
_Printed name_

L6 Surrey Ln
_Address_

Torrington CT 06790
_City, State, Zip Code_

413-657-9082
_Telephone number_

## CERTIFICATE OF SERVICE

I hereby certify that on 12-30-24, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_List here_:

_Filer's signature_

Rev. 8/11/15