DEC 30 2024 PM 12:58
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Jason Rolo
_____,
(Plaintiff)

V.

SEC, FINRA, DTCC, John Doe 1-100
_____,
(Defendant)

_____
(Case Number)

## CONSENT TO ELECTRONIC NOTICE BY SELF-REPRESENTED PARTY

I, Jason Rolo _____ hereby consent to the court using
(Name of self-represented party)
my email address, as listed below, for the purpose of sending me notifications of orders and notices issued by the court. I also consent to opposing counsel using my email address for the purposes of sending me papers filed with the court.

I understand that I must register at Public Access to Court Electronic Records | PACER: Federal Court Records (pacer.uscourts.gov) to retrieve electronic documents.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Jason Rolo
Name of Self-Represented Litigant

L6 Surrey Ln
Street Address

Torrington CT 06790
City, State, Zip Code

mastcab@yahoo.com
Email Address

12/30/24
Date

413-657-9082
Telephone Number

[signature]
Signature

Rev. 8/23/23