## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Depository Trust & Clearing Corporation
was received by me on *(date)* 02/06/2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Aaron Guzman, Authorized Representative, who is
designated by law to accept service of process on behalf of *(name of organization)*
Depository Trust & Clearing Corporation on *(date)* 02/07/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 02/12/2025

*Servers signature*

Anabela Pinto, Process Server
Printed name and title

P.O. Box 25066
Newark, NJ 07102
800-637-1805
Servers address

Additional information regarding attempted service, etc:
Service on: Depository Trust & Clearing Corporation
570 Washington Blvd. Jersey City, NJ 07310

Served to: Aaron Guzman, Authorized Representative (M, B, 50, 5'11", 210 lbs, S/P hair, glasses)
02/07/2025 at 11:35 AM

Documents served: Summons, Complaint for Violations of the Federal Securities Law and Constitutional Principles

# UỊITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JASOỊ ROLO,

V.   SUMMOỊS IỊ A CIVIL CASE

SECURITIES &AMP; EXCHAỊGE COMMISSIOỊ, ET AL.,

CASE NUMBER: 3:24-CV-02053-JAM

TO: **Depository Trust & Clearing Corporation, Financial Industry Regulatory Authority**
Defendant's Address:

Depository Trust & Clearing Corporation
570 Washington Blvd
Jersey City, NJ 07310

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Rolo
L6 Surrey Ln
Torrington, CT 06790

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – A. Chartier
Signature of Clerk or Deputy Clerk



ISSUED OỊ 2025-01-02 11:04:03, Clerk USDC CTD