AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-CV-02053-JAM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Securities & Exchange Commission</u> was received by me on *(date)* <u>02/06/2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>David Hamden</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Securities & Exchange Commission</u> on *(date)* <u>Fri, Feb 07 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/07/2025

_____
*Server's signature*

Michael Mantyla, Private Process Server
_____
*Printed name and title*

20908 Pioneer Ridge Terrace, Ashburn, VA 20147
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 7, 2025, 12:42 pm EST at 100 F St. NE, Washington, DC 20549 received by David Hamden. Age: 45; Ethnicity: African American; Gender: Male; Weight: 220; Height: 6'0"; Hair: Black; Eyes: Black; Relationship: Mail Clerk; Per building security, only the mailroom was permitted to accept documents for service. Recipient advised he would accept the documents and forward to the Office of General Counsel.