UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON ROLO,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1-100,<br><br>    Defendants. | Case No.: 24-cv-02053-VDO<br><br>February 25, 2025 |

## **APPEARANCE**

Please enter an appearance for the following attorney on behalf of defendant Depository Trust & Clearing Corporation:

    Alfred U. Pavlis (ct08603)
    FINN DIXON & HERLING LLP
    Six Landmark Square
    Stamford, Connecticut 06901
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    E-mail: apavlis@fdh.com


    FINN DIXON & HERLING LLP

    By: /s/ Alfred U. Pavlis
      Alfred U. Pavlis (ct08603)
      Six Landmark Square
      Stamford, Connecticut 06901
      Tel: (203) 325-5000
      Fax: (203) 325-5001
      E-mail: apavlis@fdh.com

      *Attorney for Defendant Depository Trust & Clearing Corporation*

## **CERTIFICATION**

I hereby certify that on February 25, 2025, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, Connecticut 06901
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com