## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON ROLO,<br><br>                  Plaintiff,<br><br>*v.*<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1-100,<br><br>                  Defendants. | Case No.: 24-cv-02053-VDO<br><br><br>February 26, 2025 |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant The Depository Trust & Clearing Corporation discloses that it is not a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

FINN DIXON & HERLING LLP

By: /s/ Alfred U. Pavlis
    Alfred U. Pavlis (ct08603)
    Eli Yampel (ct31813)
    Six Landmark Square
    Stamford, Connecticut 06901
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    E-mail: apavlis@fdh.com

    *Attorney for Defendant The Depository Trust & Clearing Corporation*

## **CERTIFICATION**

I hereby certify that on February 26, 2025, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, Connecticut 06901
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com