UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON ROLO,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1-100,<br><br>    Defendants. | Case No.: 24-cv-02053-VDO<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant The Depository Trust & Clearing Corporation in the above-captioned matter and requests that a copy of all pleadings, notices, filings, correspondence, and other papers relating to this action be served upon the undersigned at the address stated below. Counsel reserves all rights on behalf of her client.

Dated: March 6, 2025

                            PROSKAUER ROSE LLP

                            By: /s/ Margaret A. Dale
                                Margaret A. Dale (Bar No. 06257)
                                Eleven Times Square
                                New York, NY 10036
                                Tel: (212) 969-3315
                                Fax: (212) 969-2900
                                E-mail: mdale@proskauer.com

                                *Attorney for Defendant The Depository Trust*
                                *& Clearing Corporation*

**CERTIFICATION**

I hereby certify that on March 6, 2025, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Margaret A. Dale
Margaret A. Dale (Bar No. 06257)
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3315
Fax: (203) 969-2900
E-mail: mdale@proskauer.com