IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON TODD ROLO,<br><br>        Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1 – 100,<br><br>        Defendants. | Case No. 3:24-cv-02053-VDO<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.'S
NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

  **PLEASE TAKE NOTICE** that Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") respectfully moves this Court for an order dismissing all claims against FINRA in Plaintiff's First Amended Complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure ("Motion to Dismiss"). In support of its Motion to Dismiss, FINRA relies upon the accompanying Memorandum of Law and the exhibits attached thereto as well as the Notice to Self-Represented Litigant Concerning Motion to Dismiss filed concurrently herewith.

Dated: March 31, 2025      Respectfully submitted,

              FAEGRE DRINKER BIDDLE & REATH LLP

              By: *John P. Mitchell*
                John P. Mitchell, Esq. (admitted *pro hac vice*)
                John.mitchell@faegredrinker.com
                105 College Road East, Third Floor
                P.O. Box 627
                Princeton, New Jersey 08540

                                              Brian M. Hayes, Esq. (D. Conn. Bar # 31801)
                                              brian.hayes@faegredrinker.com
                                              600 Campus Drive
                                              Florham Park, New Jersey 07932
                                              (973) 549-7000

                                              *Attorneys for Defendant Financial Industry Regulatory Authority, Inc.*

2

## CERTIFICATE OF SERVICE

I, John P. Mitchell, hereby certify that copies of the foregoing Motion to Dismiss, the accompanying Memorandum of Law including all exhibits thereto, and the Notice to Self-Represented Litigant Concerning Motion to Dismiss were served upon Plaintiff and all parties of record via the Court's electronic filing system on March 31, 2025.

Dated:  March 31, 2025.

*/s/ John P. Mitchell*
John P. Mitchell