# EXHIBIT C

Over-the-Counter-Equities                                                                                                    Disclaimer

Daily List
  Additions
  De...
  Sy...
  Se...
  Ba...
  Di...
Equit...
Mark...
  To...
  Av...
  Hi...
  Hi...
  Iss...
  M...
OTC T...
Tradi...
Symb...
UPC A...

## Daily List Events

### Summary

| Date/Time | Event Type | Eff/Ex Date/Time | Symbol | Issue Name | Market |
|---|---|---|---|---|---|
| 12/06/2022 14:53:29 | Exchanged | 12/13/2022 00:00:00 | MMTLP | META MATLS INC PFD SER A | OTC Equity |

### Comments

MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22.

### Details

| | Current Value |
|---|---|
| Daily List Date/Time | 12/06/2022 14:53:29 |
| Event Type | Exchanged |
| Effective/Ex Date/Time | 12/13/2022 00:00:00 |
| Symbol | MMTLP |
| Issue Name | META MATLS INC PFD SER A |
| Class | |
| Market Category | OTC Equity |
| Offering Type | No Restrictions |
| Daily List Comment | MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22. |

Da...

  De...
  Issue...
  Symb...
  Daily ...
  Start:
    12/0...
  End:
    12/0...

Effective/Ex Date Range
  Start:
    MM/DD/YYYY
  End:
    MM/DD/YYYY

Refine Your Results  Reset

Total Results: 30

  Market

- [ ] OTCBB
- [ ] OTC Equity/Other OTC

| Daily List Date/Time | Eff/Ex Date/Time ↓ | Symbol | Issue Name | Market | Change Reason |
|---|---|---|---|---|---|
| 12/08/2022 09:44:10 | 12/16/2022 00:00:00 | ACMC | American Church Mortgage Co Common Stock | OTC Equity | Liquidation / Final Distribution |
| 12/06/2022 14:53:29 | 12/13/2022 00:00:00 | MMTLP | META MATLS INC PFD SER A | OTC Equity | Exchanged |

### Daily List Events

#### Summary

| Date/Time | Event Type | Eff/Ex Date/Time | Symbol | Issue Name | Market |
|---|---|---|---|---|---|
| 12/06/2022 14:53:29 | Exchanged | 12/13/2022 00:00:00 | MMTLP | META MATLS INC PFD SER A | OTC Equity |

#### Comments

MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22.

#### Details

| | Current Value |
|---|---|
| Daily List Date/Time | 12/06/2022 14:53:29 |
| Event Type | Exchanged |
| Effective/Ex Date/Time | 12/13/2022 00:00:00 |
| Symbol | MMTLP |
| Issue Name | META MATLS INC PFD SER A |
| Class | |
| Market Category | OTC Equity |
| Offering Type | No Restrictions |
| Daily List Comment | MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22. |

| | | | Exchange Traded Fund | | |
|---|---|---|---|---|---|
| 12/07/2022 00:00:00 | 12/08/2022 00:00:00 | OGKJL | OGK 2 JSC GDR 144A (Russia) | OTC Equity | ADR / GDR Program Terminated |
| 12/07/2022 11:08:38 | 12/08/2022 00:00:00 | RMBHF | R M B Holdings Ltd Ordinary Shares (South Africa) | OTC Equity | Inactive Security |
| 12/07/2022 11:09:47 | 12/08/2022 00:00:00 | SRNXF | Sourcenext Corp Ordinary Shares | OTC Equity | Inactive Security |

| | | | | | |
|---|---|---|---|---|---|
| 12/07/2022 11:10:17 | 12/08/2022 00:00:00 | SRSSF | S2 Res Ltd Ordinary Shares (Australia) | OTC Equity | Inactive Security |
| 12/07/2022 16:22:15 | 12/07/2022 16:22:15 | AXHIW | INDUSTRIAL HUMAN CAP INC Warrant 11/27/2026 | OTC Equity | Matured / Expired |
| 12/07/2022 16:22:09 | 12/07/2022 16:22:09 | AXHIU | INDUSTRIAL HUMAN CAP INC Unit 11/27/2026 | OTC Equity | Liquidation / Final Distribution |
| 12/07/2022 16:22:04 | 12/07/2022 16:22:04 | AXHI | Industrial Human Capital, Inc. | OTC Equity | Liquidation / Final Distribution |

## Daily List Events

### Summary

| Date/Time | Event Type | Eff/Ex Date/Time | Symbol | Issue Name | Market |
|---|---|---|---|---|---|
| 12/06/2022 14:53:29 | Exchanged | 12/13/2022 00:00:00 | MMTLP | META MATLS INC PFD SER A | OTC Equity |

### Comments

MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22.

### Details

| | Current Value |
|---|---|
| Daily List Date/Time | 12/06/2022 14:53:29 |
| Event Type | Exchanged |
| Effective/Ex Date/Time | 12/13/2022 00:00:00 |
| Symbol | MMTLP |
| Issue Name | META MATLS INC PFD SER A |
| Class | |
| Market Category | OTC Equity |
| Offering Type | No Restrictions |
| Daily List Comment | MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22. |