# EXHIBIT F

**Exhibit 3.3.2**



| | |
|---|---|
| Filed in the Office of<br>*Barbara K. Cegavske*<br>Secretary of State<br>State Of Nevada | Business Number<br>E0768622007-2<br>Filing Number<br>20222805988<br>Filed On<br>12/9/2022 8:54:00 AM<br>Number of Pages<br>1 |

**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

# Certificate, Amendment or Withdrawal of Designation

NRS 78.1955, 78.1955(6)

☐ Certificate of Designation
☐ Certificate of Amendment to Designation - Before Issuance of Class or Series
☐ Certificate of Amendment to Designation - After Issuance of Class or Series
☒ Certificate of Withdrawal of Certificate of Designation

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

**1. Entity information:**
Name of entity: Meta Materials Inc.
Entity or Nevada Business Identification Number (NVID): E0768622007-2

**2. Effective date and time:**
For Certificate of Designation or Amendment to Designation Only (Optional):
Date: 12/14/2022  Time: 2:00PM PT
(must not be later than 90 days after the certificate is filed)

**3. Class or series of stock:** (Certificate of Designation only)
The class or series of stock being designated within this filing:

**4. Information for amendment of class or series of stock:**
The original class or series of stock being amended within this filing:

**5. Amendment of class or series of stock:**
☐ Certificate of Amendment to Designation- Before Issuance of Class or Series
As of the date of this certificate no shares of the class or series of stock have been issued.
☐ Certificate of Amendment to Designation- After Issuance of Class or Series
The amendment has been approved by the vote of stockholders holding shares in the corporation entitling them to exercise a majority of the voting power, or such greater proportion of the voting power as may be required by the articles of incorporation or the certificate of designation.

**6. Resolution:** Certificate of Designation and Amendment to Designation only)
By resolution of the board of directors pursuant to a provision in the articles of incorporation this certificate establishes OR amends the following regarding the voting powers, designations, preferences, limitations, restrictions and relative rights of the following class or series of stock.*

**7. Withdrawal:**
Designation being Withdrawn: Series A Non-Voting Preferred Stock
Date of Designation: 06/14/2021
No shares of the class or series of stock being withdrawn are outstanding.
The resolution of the board of directors authorizing the withdrawal of the certificate of designation establishing the class or series of stock: *

NOW, THEREFORE, BE IT RESOLVED: That the Board does hereby approve and provide for the filing of acertificate of withdrawal of the Certificate of the Series A Certificate of Designation with the Secretary of State ofthe State of Nevada, to be effective immediately following the Distribution Date [December 14, 2022].

**8. Signature:** (Required)
X /s/ Kenneth Rice
Signature of Officer
Date: 12/09/2022

* Attach additional page(s) if necessary
This form must be accompanied by appropriate fees.

Page 1 of 1
Revised: 1/1/2019