IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON TODD ROLO,<br><br>                        Plaintiff,<br><br>      v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1 – 100,<br><br>                        Defendants. | Case No. 3:24-cv-02053-VDO |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2025, upon consideration of Defendant Financial Industry Regulatory Authority, Inc.'s ("FINRA") Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"), and any response thereto, it is hereby:

ORDERED that the Motion is **GRANTED**; and

IT IS FURTHER ORDERED that all claims asserted against FINRA in this Action shall be **DISMISSED** without prejudice pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure; or in the alternative

IT IS FURTHER ORDERED that all claims asserted against FINRA in this Action shall be **DISMISSED** with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

                                                                                         Hon. Vernon D. Oliver, U.S.D.J.