UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON ROLO,<br><br>                     Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1-100,<br>                     Defendants. | Case No.: 24-cv-02053-VDO<br><br>March 31, 2025 |

**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT BY DEFENDANT
THE DEPOSITORY TRUST & CLEARING CORPORATION**

      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant The Depository Trust & Clearing Corporation ("DTCC") moves to dismiss Plaintiff's First Amended Complaint (ECF No. 13) as against DTCC on the grounds of (i) self-regulatory organization ("SRO") absolute immunity, and (ii) failure to state a claim.

      The grounds in support of this motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

| | |
|---|---|
| /s/*Alfred U. Pavlis* | /s/ *Margaret A. Dale* |
| Alfred U. Pavlis (ct08603) | Margaret A. Dale (Bar No. 06257) |
| Eli Yampel (ct31813) | (*pro hac vice*) |
| FINN DIXON & HERLING LLP | Amy Gordon (Bar No. 208541) (*pro hac vice*) |
| Six Landmark Square | PROSKAUER ROSE LLP |
| Stamford, CT 06901 | Eleven Times Square |
| Tel: (203) 325-5000 | New York, NY 10036 |
| Fax: (203) 325-5001 | Tel: (212) 969-3000 |
| E-mail: apavlis@fdh.com | Fax: (212) 969-2900 |
| eyampel@fdh.com | mdale@proskauer.com |
| | agordon@proskauer.com |

*Counsel for Defendant The Depository Trust & Clearing Corporation*

## **CERTIFICATION**

I hereby certify that on March 31, 2025, a copy of foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By: /s/ Alfred U. Pavlis
Alfred U. Pavlis (ct06803)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT  06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com