IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON TODD ROLO,<br><br>       Plaintiff,<br><br>  v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1 – 100,<br>       Defendants. | Case No. 3:24-cv-02053 |

**DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.'S NOTICE OF MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY**

  **PLEASE TAKE NOTICE** that Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") respectfully moves this Court for a protective order staying all discovery, including Rule 26(f) requirements and deadlines, until after the Court decides FINRA's pending Motion to Dismiss [ECF Nos. 46, 47]. FINRA further moves this Court to adjourn the April 4, 2025, Rule 26(f) meeting report deadline in this matter until at least 21 days after the May 15, 2025 deadline for Defendant Securities and Exchange Commission ("SEC") to respond to Plaintiff's First Amended Complaint (if not stayed entirely).

  Plaintiff consents to staying discovery, subject to his right to file a motion in the event of any further developments that he believes would warrant vacating the stay. Plaintiff's consent is also without prejudice to his right to later seek an extension of the current discovery deadline, should it become necessary. All other parties have given unconditional consent to the requested discovery stay.

1

In support of this Motion, FINRA relies upon the accompanying Memorandum of Law and Declaration of John P. Mitchell, Esq.  A proposed form of Order is submitted with this motion.

Dated:  April 1, 2025

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: *John P. Mitchell*
John P. Mitchell, Esq. (admitted *pro hac vice*)
john.mitchell@faegredrinker.com
105 College Road East, Third Floor
P.O. Box 627
Princeton, New Jersey 08540

Brian M. Hayes, Esq. (D. Conn. Bar # 31801)
brian.hayes@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000

*Attorneys for Defendant Financial Industry Regulatory Authority, Inc.*