# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON TODD ROLO,<br><br>       Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1 – 100,<br><br>       Defendants. | Case No. 3:24-cv-02053-VDO |

## DECLARATION OF JOHN P. MITCHELL

I, John P. Mitchell, declare as follows:

1. I am an attorney at law admitted pro hac vice to practice before the United States District Court for the District of Connecticut in the above-captioned matter. I am a partner with the law firm of Faegre Drinker Biddle & Reath LLP, and am counsel for Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"). The facts set forth herein are of my personal knowledge, and if called to testify, I could and would competently testify as set forth herein.

2. This declaration is being submitted in support of FINRA's Motion for a Protective Order Staying Discovery.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Sam Draddy dated June 2, 2023, submitted to the New York State Supreme Court in a prior action against FINRA.

I, John P. Mitchell, declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my knowledge.

1

|  |  |
|---|---|
| Dated:  April 1, 2025 | */s/ John P. Mitchell*<br>John P. Mitchell (admitted *pro hac vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>John.mitchell@faegredrinker.com<br>105 College Road East, Third Floor<br>P.O. Box 627<br>Princeton, New Jersey 08540<br><br>*Attorneys for Defendant Financial Industry Regulatory Authority, Inc.* |