# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON TODD ROLO,<br><br>        Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1 – 100,<br><br>        Defendants. | Case No. 3:24-cv-02053 |

### [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Defendant Financial Industry Regulatory Authority, Inc.'s ("FINRA") Motion for a Protective Order Staying Discovery ("Motion"), and any response thereto, it is hereby:

ORDERED that the Motion is **GRANTED**; and

IT IS FURTHER ORDERED that all discovery, including Rule 26 requirements and deadlines, is stayed pending the Court's decision on FINRA's Motion to Dismiss [ECF Nos. 46, 47].

.

.

_____
Hon. Vernon D. Oliver, U.S.D.J.