**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JASON ROLO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1-100,<br>　　　　　　　　　Defendants. | Case No.: 24-cv-02053-VDO<br><br>April 2, 2025 |

**MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY**
**BY DEFENDANT THE DEPOSITORY TRUST & CLEARING CORPORATION**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, The Depository Trust & Clearing Corporation ("DTCC"), through its undersigned counsel, submits this Motion for a Protective Order Staying Discovery, including all Rule 26 deadlines, until after this Court rules on DTCC's Motion to Dismiss (ECF No. 48). DTCC also joins Financial Industry Regulatory Authority, Inc.'s ("FINRA") request, which it made in its Memorandum of Law in Support of its Motion for a Protective Order Staying Discovery, that the Court adjourn the April 4, 2025 Rule 26 Meeting Report deadline to allow for the Court to consider this motion. *See* ECF No. 49-3 at 1.[1]

---

[1] Even if the Court is not inclined to grant DTCC's and FINRA's motions for a protective order staying discovery, DTCC joins FINRA's request that the Rule 26 Meeting Report deadline and other case management deadlines should be extended until at least 21 days after the May 15, 2025 deadline for defendant Securities and Exchange Commission ("SEC") to respond to the First Amended Complaint. *See* ECF No. 49-3 at n.1.

Plaintiff has consented to the stay of discovery, subject to his right to file a motion in the event of any further developments that he believes would warrant vacating the stay, and without prejudice to his right to later seek an extension of the current discovery deadline of July 1, 2025, should it become necessary. Counsel for the other defendants have given unconditional consent to the requested discovery stay.

For the reasons set forth herein and the accompanying memorandum of law, DTCC respectfully moves the Court for an order staying all discovery in this action until after the Court rules on DTCC's Motion to Dismiss, together with such other and further relief as the Court deems just and proper.

Dated: April 2, 2025                                       Respectfully submitted,

| | |
|---|---|
| */s/ Alfred U. Pavlis* | */s/ Margaret A. Dale* |
| Alfred U. Pavlis (ct08603) | Margaret A. Dale (Bar No. 06257) |
| Eli Yampel (ct31813) | (*pro hac vice*) |
| FINN DIXON & HERLING LLP | Amy Gordon (Bar No. 208541) (*pro hac vice*) |
| Six Landmark Square | |
| Stamford, CT 06901 | PROSKAUER ROSE LLP |
| Tel: (203) 325-5000 | Eleven Times Square New |
| Fax: (203) 325-5001 | York, NY 10036 |
| E-mail: apavlis@fdh.com | Tel: (212) 969-3000 |
| eyampel@fdh.com | Fax: (212) 969-2900 |
| | mdale@proskauer.com |
| | agordon@proskauer.com |
| | |
| | *Counsel for Defendant The Depository Trust & Clearing Corporation* |

## **CERTIFICATION**

I hereby certify that on April 2, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    /s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, Connecticut 06901
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com