UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON ROLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 24-cv-02053-VDO |
| | ) |
| SECURITIES AND EXCHANGE | ) |
| COMMISSION, et al. | ) |
| | ) |
| Defendants. | ) |

**SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Defendant Securities and Exchange Commission ("SEC" or "Commission"), through its undersigned counsel, submits this Motion for a Protective Order Staying Discovery, including all Rule 26 deadlines, until after the Court rules on the Commission's forthcoming motion to dismiss. The Court granted substantially similar motions filed by Defendants Financial Industry Regulatory Authority ("FINRA") and Depository Trust & Clearing Corporation ("DTCC"), ECF 51, and FINRA and DTCC both consent to the Commission's motion. Plaintiff Jason Rolo ("Plaintiff") has likewise consented to the stay of discovery, subject to his right to file a motion in the event of any further developments that he believes would warrant vacating the stay. Plaintiff's consent is also without prejudice to his right to later request an extension of the current discovery deadline.

1

2

For the reasons set forth in the accompanying memorandum of law, the Commission respectfully moves the Court for an order staying all discovery in this action, including all Rule 26 deadlines, until the Court rules on the Commission's forthcoming motion to dismiss.

Respectfully Submitted,

Date: April 3, 2025 　　　　　　　　　　　　　/s/ Eric A. Reicher

Melinda Hardy *
D.C. Bar No. 431906
Eric A. Reicher**
D.C. Bar No. 490866
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-7921 (phone) (Reicher)
hardym@sec.gov
reichere@sec.gov

Counsel for Defendant

* Pro Hac Vice Forthcoming
** Admitted Pro Hac Vice

CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of April 2025, I filed or caused to be filed the foregoing SEC's Motion to Stay Proceedings through the CM/ECF system which will provide service to all counsel of record and *pro se* Plaintiff.

                                        */s/ Eric A. Reicher*
                                        Eric A. Reicher
                                        Special Trial Counsel
                                        U.S. Securities and Exchange Commission