UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON ROLO, )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SECURITIES AND EXCHANGE )<br>COMMISSION, et al. )<br>)<br>)<br>    Defendants. )<br>_____ ) | CASE NO. 24-cv-02053-VDO |

**[PROPOSED] ORDER**

After considering the Securities and Exchange Commission's ("Commission's") Motion for a Protective Order Staying Discovery, Dkt. \_\_, ("Motion"), it is hereby ORDERED that the Motion is GRANTED and IT IS FURTHER ORDERED that all discovery, including Rule 26 requirements and deadlines, is stayed pending the Court's decision on the Commission's forthcoming motion to dismiss.

SIGNED this \_\_ day of _____, 2025

_____
Vernon D. Oliver
United States District Judge