## INDEX OF EXHIBITS

| Exhibit | Title | Description |
|---|---|---|
| A | **FINRA Trade Reporting Notice – March 22, 2024** | FINRA confirms lack of infrastructure to report fractional share trades prior to 2025 implementation. |
| B | **DTC Responses to FSB Continuity of Access Questionnaire – March 2023** | Admissions regarding DTCC's centralized control over clearing agencies and discretionary protocols. |
| C | **NSCC Responses to FSB Continuity of Access Questionnaire – March 2023** | Internal control structure and relationship between NSCC and DTCC as sole shareholder. |
| D | **DTCC 2024 Consolidated Financial Statements** | Shows DTCC's massive financial control, intercorporate dependency with NSCC, and operating revenue. |
| E | **NSCC 2024 Annual Financial Statements** | Confirms dividend payments to DTCC and consolidation of risk management functions. |
| F | **DTCC 2022 Annual Report (Selected Governance and Risk Disclosures)** | Describes DTCC's historical role in market control, systemic importance, and consolidation of power. |

| | | |
|---|---|---|
| G | **Defendant FINRA's Motion to Dismiss and Admission of "Member Firms" Limitation – March 2025** | FINRA admits its U3 halt applied only to "member firms," undermining DTCC's claimed compliance defense. |

## CERTIFICATE OF SERVICE

This Appendix of Exhibits has been served on all parties through the Court's electronic filing system on April 12, 2025.

/s/ Jason Rolo
Jason Rolo
Plaintiff, *pro se*
Torrington, Connecticut
mastcab@yahoo.com
(413) 657-9082