# Exhibit 36

# showing FINRA response with data -TBNRF

Case 3:24-cv-02053-VDO    Document 55-3    Filed 04/13/25    Page 2 of 28

EXHIBIT 2



Sara Jeffries
Litigation Support Specialist
Office of General Counsel
Phone: 202.728.8162
sara.jeffries@finra.org

May 25, 2022

**Via Secure FINRA File-Share**

Liam O'Brien, Esq.
McCormick & O'Brien LLP
9 East 40th Street
Fifth Floor
New York, NY 10016
lobrien@mcoblaw.com

Re:    ***Eric Dyer v. FINRA and OTC Markets Group***
       **Supreme Court of New York, County of New York**
       **Index No.: 152081/2022**

Dear Mr. O'Brien:

I am writing in response to the third-party subpoena served on FINRA in the above-referenced case (the "Subpoena"). I am enclosing one (1) PDF file bates-labeled FINRA-00000001. I am also enclosing one (1) zip file, which includes data and related reference materials that are responsive to the Subpoena. Please review the information in this letter prior to opening the enclosed zip file that responds to the Subpoena. The production can be accessed through the secure link included in the email transmission. Please let me know if you have any issues opening the file.

**DATA**

The Data file includes one (1) Excel spreadsheet that contains trade data for Tamboran Resources Limited (OTC: TBNRF) for the period from September 20, 2021, through and including October 4, 2021. for the following trades:

   a.)    Off Exchange Trades Sep202021 through Oct042021 (DIVER).xlsx

Please be advised that the trade data FINRA collects and maintains is only at the firm level. Data disclosing detailed account level information can be obtained from broker dealers involved in the transactions.

**REFERNCE MATERIALS**

The Reference Materials file contains the following reference material to assist you in your understanding and interpretation of the data:

   a.)    Off Exchange Trade Data Field and Definition Apr272022 (DIVER-Off Exchange Trade).xlsx

Investor protection. Market integrity.    1735 K Street, NW    t  202 728 8000
                                          Washington, DC      www.finra.org
                                          20006-1506

Liam O'Brien, Esq.
May 25, 2022
Page 2 of 2

**OTHER**

    The document, data, and reference materials produced in response to the Subpoena are FINRA confidential business records.  FINRA expects the parties to safeguard the documents, keep them non-public, and use them only in connection with the above-referenced proceeding.

    FINRA has not identified any personal and confidential information ("PCI") in this production.  To the extent any PCI has been inadvertently produced, FINRA expects the parties will notify FINRA and that the information will not be used or disclosed.

    This completes FINRA's response to the Subpoena.  This letter does not waive any additional objections that FINRA could choose to assert in the future.  If you have any questions, please feel free to contact me.

Sincerely,

Sara Jeffries

## RDMS - Form Filing Details

| | |
|---|---|
| **Firm Contact:** | LaRosa, Cynthia |
| **MPID:** | MPID:CSTI-CRD:1020 |
| **Phone #:** | 212-389-8106 |
| **Email:** | clarosa@cgf.com |
| **Request Reason:** | Executed Trade without OTC Equity Symbol |
| **Expected IDQS Quote Date:** | |
| **Trade Date:** | 09/20/2021 |
| **Price:** | 0.22650000 |
| **# of Shares:** | 50000 |
| **Description:** | TAMBORAN RES LTD |
| **CUSIP:** | Q8843D107 |
| **Security Type:** | Ordinary Shares |
| **Class:** | |
| **Offering Type:** | No Restrictions |
| **Maturity Date:** | |
| **When Issued?:** | No |
| **First Settlement Date:** | |
| **Issuer Reports to SEC?:** | No |
| **CIK#:** | |
| **Incorporation Country:** | Australia |
| **Incorporation State:** | |
| **Trades in Foreign Mkt?:** | Yes |
| **Foreign Exchange:** | Australian Securities Exchange |
| **Foreign Symbol:** | TBN |
| **US Addl. Mkt ?:** | No |
| **US Exchange Symbol:** | |
| **US Addl. Mkt:** | |
| **US Addl. Mkt Symbol:** | |
| **US Mkt Trading Effective Date:** | |
| **US Exchange:** | |
| **Symbol:** | TBNRF |
| **Exp. Listing Date:** | |
| **Exp. to Trade in US Mkt?:** | |
| **ADR/GDR Ratio:** | |
| **Underlying Share ISIN:** | |
| **Depository Name:** | |

| | |
|---|---|
| **Issuer Files F6?:** | |
| **F6 Filed Date:** | |
| **Created Date:** | 09/20/2021 |
| **Created Time:** | 11:36:17 |
| **Filing Status:** | Success |
| **Filing ID:** | 37346 |
| **Sub Product Type:** | OTCE |
| **Comment:** | |
| **Update Reason:** | |
| **Reviewed?:** | Yes |
| **Review Status:** | Final - Symbol Assigned |
| **Last Update Date:** | 09/20/2021 12:41:40 pm |
| **Last Update By:** | K29060 |

Printed by casimatp on Apr-20-2022 02:41:36 pm

| Common | | | | | | | | | | Off Exchange Trades | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rec Type | Evnt Type | B/S Cd | Sym | Mkt Class | CRD | IMID/MPID | Evnt Dt | Evnt Tm | Evnt Qt | Mkt Cntr ID | Trd Rpt Dt | Trd Rpt TS |
| Off Exchange Trades | Media | | TBNRF | OTC | | CSTI | 09/20/2021 | 00:27:35.932000000 | 50000 | O | 09/20/2021 | 09/20/2021 13:12:33.796000000 |
| Off Exchange Trades | Media | | TBNRF | OTC | | CSTI | 09/21/2021 | 21:16:05.351000000 | 250000 | O | 09/22/2021 | 09/22/2021 08:12:28.775000000 |
| Off Exchange Trades | Media | | TBNRF | OTC | | CSTI | 09/28/2021 | 01:45:55.328000000 | 500000 | O | 09/28/2021 | 09/28/2021 08:05:00.088000000 |
| Off Exchange Trades | Media | | TBNRF | OTC | | CSTI | 10/01/2021 | 02:14:47.027000000 | 52935 | O | 10/01/2021 | 10/01/2021 08:05:00.176000000 |
| Off Exchange Trades | Media | | TBNRF | OTC | | CSTI | 10/04/2021 | 01:12:43.879000000 | 153873 | O | 10/04/2021 | 10/04/2021 08:05:00.187000000 |

| Trd Rpt Tm | Exctn Pr | Exctn Qty | Exctn Dt | Exctn TS | Exctn Tm | Assmd Exctn TS | Sym | Prmry Exctn MPID | Rptng Exctn MPID |
|---|---|---|---|---|---|---|---|---|---|
| 13:12:33.796000000 | 0.2265 | 50000 | 09/20/2021 | 09/20/2021 00:27:35.932000000 | 00:27:35.932000000 | 09/20/2021 00:27:35.932000000 | TBNRF | CSTI | CSTI |
| 08:12:28.775000000 | 0.2273 | 250000 | 09/21/2021 | 09/21/2021 21:16:05.351000000 | 21:16:05.351000000 | 09/21/2021 21:16:05.351000000 | TBNRF | CSTI | CSTI |
| 08:05:00.088000000 | 0.2315 | 500000 | 09/28/2021 | 09/28/2021 01:45:55.328000000 | 01:45:55.328000000 | 09/28/2021 01:45:55.328000000 | TBNRF | CSTI | CSTI |
| 08:05:00.176000000 | 0.2529 | 52935 | 10/01/2021 | 10/01/2021 02:14:47.027000000 | 02:14:47.027000000 | 10/01/2021 02:14:47.027000000 | TBNRF | CSTI | CSTI |
| 08:05:00.187000000 | 0.2547 | 153873 | 10/04/2021 | 10/04/2021 01:12:43.879000000 | 01:12:43.879000000 | 10/04/2021 01:12:43.879000000 | TBNRF | CSTI | CSTI |

| Prmry Rptng MPID | Rptng MPID | Rptng Obgtn Fl | Rptd Side Cd | Rptng Short Sale Cd | Rptng Cpcty | Rptng Brnch Seq Nb | Rptng Clrng Nb | Rptng Memo Text | Prmry Cntra MPID |
|---|---|---|---|---|---|---|---|---|---|
| CSTI | CSTI | Y | S | | P | CT0022323333401 | 0161 | | CHAS |
| CSTI | CSTI | Y | S | | P | CT0022374699701 | 0161 | | CHAS |
| CSTI | CSTI | Y | S | | P | CT0022466952701 | 0161 | | CHAS |
| CSTI | CSTI | Y | S | | P | CT0022534113701 | 0161 | | CHAS |
| CSTI | CSTI | Y | S | | P | CT0022556096501 | 0161 | | CHAS |

| Prmry Cntra Exctn MPID | Cntra Exctn MPID | Cntra Side MPID | Cntra Rptg Obgtn Fl | Cntra Short Cd | Cntra Cpcty | Cntra Brnch Seq ID | Cntra Clrng Nb | Cntra Entry Fl | Cntra Exctn TS | Cntra Exctn Dt |
|---|---|---|---|---|---|---|---|---|---|---|
| CHAS | CHAS | CHAS | | | A | | 0164 | | | |
| CHAS | CHAS | CHAS | | | A | | 0164 | | | |
| CHAS | CHAS | CHAS | | | A | | 0164 | | | |
| CHAS | CHAS | CHAS | | | A | | 0164 | | | |
| CHAS | CHAS | CHAS | | | A | | 0164 | | | |

| Cntra Exctn Tm | Cntra Trmnl ID | Cntra Trd Rpt TS | Cntra Rpt Dt | Cntra Trd Rpt Tm | Cntra Trd Rpt Tm2 | Rpt Type | Rptd Unit Pr | Rptd Share Qty | Trd Unit Qty | Trd St | Trd Stlmt Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0.2265 | 50000 | 100 | T | 09/20/2021 |
| | | | | | | | 0.2273 | 250000 | 100 | R | 09/24/2021 |
| | | | | | | | 0.2315 | 500000 | 100 | R | 09/28/2021 |
| | | | | | | | 0.2529 | 52935 | 100 | R | 10/01/2021 |
| | | | | | | | 0.2547 | 153873 | 100 | R | 10/04/2021 |

| Media Rpt Fl | Trd Stlmt Mod 1 | Trd Thru Xmpt Mod 2 | Trd Rptng Mod 3 | SRO Req Mod 4 | Firm Trd Mod Late Cd | Firm Trd Mod Stlmt Type | Firm Trd Mod SRO Cd | Trd Mod SRO Tm |
|---|---|---|---|---|---|---|---|---|
| Y | @ | | U | | T | @ | | |
| Y | R | | T | | T | R | | |
| Y | @ | | T | | T | @ | | |
| Y | @ | | T | | T | @ | | |
| Y | @ | | T | | T | @ | | |

| Firm Trd Thrgh Xmptn Mdfr(Sale Cndtn2) | Trd Mod Thru Xmpt Tm | Last Updt Dt | Last Updt Tm | Cntra Accpt TS | Cntra Accpt Tm | Cntra Accpt Tm2 | Trd Brk TS | Trd Brkn TS |
|---|---|---|---|---|---|---|---|---|
| | | 09/20/2021 | | | | | | |
| | | 09/22/2021 | | | | | | |
| | | 09/28/2021 | | | | | | |
| | | 10/01/2021 | | | | | | |
| | | 10/04/2021 | | | | | | |

| Systm Apnd Trd Rptng Mod Fl | Dcln TS | Dcln Tm | Dcln Tm2 | Orgnl Mod | Cncl TS | Trd Thru Xmpt Fl | Carryover Fl | Rvrsl Fl | Clrng Pr | Pstn Trsfr Fl | Spcl Trd Cd | As of Fl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | | | | @ T | | | | N | | | | N |
| N | | | | R T | | | | N | | | | Y |
| N | | | | @ T | | | | N | | | | N |
| N | | | | @ T | | | | N | | | | N |
| N | | | | @ T | | | | N | | | | N |

| Publish Cd | Clrng Fl | Trd Src | Rltd Mkt Cntr Id | Ad Restr Cd | Intd Mkt Cntr | Lckd In Fl | Lckd in Trd TS | No Link Cntrl Nb | No Was Link Nb | OE Memo Text | Portal Trd Fl | Pr Override Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | N | W | | | D | | | | | | N | |
| Y | Y | F | | | D | Q | | | | | N | |
| Y | Y | F | | | D | Q | | | | | N | |
| Y | Y | F | | | D | Q | | | | | N | |
| Y | Y | F | | | D | Q | | | | | N | |

| Sprvy Entry Cd | Xplct Fee Fl | Cntrl Nb | Cntra Cntrl Nb | Trd Ref Nb | Ref Nb | TRF Cntrl Nb | TRF Cntra Cntrl Nb | TRF Orgnl Cntrl Nb | TRF Prcsg Dt | TRF Trd Mod Late Cd | TRF Trd Mod SRO Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5000696372 | | | | 5000696372 | | | 09/20/2021 | | |
| | | 5000001204 | | | | 5000001204 | | | 09/22/2021 | | |
| | | 5000000788 | | | | 5000000788 | | | 09/28/2021 | | |
| | | 5000000872 | | | | 5000000872 | | | 10/01/2021 | | |
| | | 5000000786 | | | | 5000000786 | | | 10/04/2021 | | |

| FINRA Trd Mod Late Cd | FINRA Trd Mod SRO Cd | FINRA Trd Mod Thru Xmpt Tm | FINRA Cntra Cntrl Dt | FINRA Cntra Cntrl Nb | Prev Trd FINRA Cntra Cntrl Dt | Prev Trd FINRA Cntra Cntrl Nb |
|---|---|---|---|---|---|---|
| U | | | | | | |
| T | | | | | | |
| T | | | | | | |
| T | | | | | | |
| T | | | | | | |

| 1st Trd FINRA Cntra Cntrl Dt | 1st Trd FINRA Cntra Cntrl Nb | FINRA Cntrl Dt | FINRA Cntrl Nb | Prev Trd FINRA Cntrl Dt | Prev Trd FINRA Cntrl Nb | 1st Trd FINRA Cntrl Dt | 1st Trd FINRA Cntrl Nb | Ref Rptg Fclty Cd |
|---|---|---|---|---|---|---|---|---|
| | | 09/20/2021 | 5000696372 | | | 09/20/2021 | 5000696372 | |
| | | 09/22/2021 | 5000001204 | | | 09/22/2021 | 5000001204 | |
| | | 09/28/2021 | 5000000788 | | | 09/28/2021 | 5000000788 | |
| | | 10/01/2021 | 5000000872 | | | 10/01/2021 | 5000000872 | |
| | | 10/04/2021 | 5000000786 | | | 10/04/2021 | 5000000786 | |

| Rpt Trmnl Nb | Trd Crctn Class | Prmry Exch | Mkt Class | Issue ID | Unique Rec ID | Rec Load Dt |
|---|---|---|---|---|---|---|
| | | OO | OTC | 1181721436 | O202109205000696372 | 09/24/2021 |
| | | OO | OTC | 1181721436 | O202109225000001204 | 09/28/2021 |
| | | OO | OTC | 1181721436 | O202109285000000788 | 10/05/2021 |
| | | OO | OTC | 1181721436 | O202110015000000872 | 10/07/2021 |
| | | OO | OTC | 1181721436 | O202110045000000786 | 10/08/2021 |

**Off Exchange Trade Data Field and Definition (DIVER)**

| Data Field Name | Definitions |
|---|---|
| 1st Trd FINRA Cntra Cntrl Dt | FINRA contra control date of the first version of the trade<br>NULL = No value was populated |
| 1st Trd FINRA Cntra Cntrl Nb | FINRA contra control number of the first version of the trade.<br>NULL = No value was populated |
| 1st Trd FINRA Cntrl Dt | Control date of the first version of the trade<br>NULL = No value was populated |
| 1st Trd FINRA Cntrl Nb | FINRA Control Number of the first version of the trade; this will be populated on all records; in the case of corrections, every version of the trade will have the same First Trade FINRA Control Number<br>NULL = No value was populated |
| Ad Restr Cd | Indicates advertisement instructions of the trade<br>NULL = No value was populated |
| As of Fl | Indicates as-of trade. Values:<br>Y = trade reported as-of<br>N = trade reported on execution date |
| Assmd Exctn TS | The time the trade is assumed to have been executed based on available information. |
| B/S Cd | Identifies SIDE of an order<br>NULL = No value was populated |
| Carryover Fl | Denotes whether the trade transaction was carried over (not accepted/declined by the contra firm on T+0) for processing .<br>C = Carryover<br>NULL = not a carryover |
| Clrng Fl | Denotes the clearing and matching specifications of the trade transaction.<br><br>A= NASDAQ AGU for clearing<br>C = Customer (No matching, no clearing)<br>G = Automatic Give Up (Auto lock-in & Clearing)<br>N = No Clearing<br>Q = QSR (No matching, no clear)<br>R = Risk update only, not sent to clearing<br>S = Self clearing (No matching, no clearing)<br>U = AGU Clearing, non-risk eligible<br>Y = Clearing<br>NULL = Trade intended for matching & clearing<br><br>ACT only:<br>L = Do not match, send to clearing (locked-in) received via external system interface only<br>Z = Do not match, send to clearing (locked-in) |
| Clrng Pr | The trade price inclusive of commissions. This information is only currently available for reported trades to the FINRA/NASDAQ TRF.<br>NULL = No value was populated |
| Cncl TS | Date and Time the reporting party cancelled the trade<br>NULL = No value was populated |
| Cntra Accpt Tm | Time associated with the contra acceptance of the trade. This occurs when the contra side submits a Trade Report Accept message.<br>NULL = No value was populated |
| Cntra Accpt Tm2 | Time associated with the contra acceptance of the trade. This occurs when the contra side submits a Trade Report Accept message. (NOTE: Content is the same, format is different)<br>NULL = No value was populated |
| Cntra Accpt TS | Date and Time associated with the contra acceptance of the trade. This occurs when the contra side submits a Trade Report Accept message.<br>NULL = No value was populated |
| Cntra Brnch Seq ID | Branch/sequence number of the contra-side firm<br>NULL = No value was populated |
| Cntra Clrng Nb | Clearing number of the firm that cleared the trade for the contra-side firm<br>NULL = No value was populated |
| Cntra Cntrl Nb | Control number for contra side trade report<br>NULL = No value was populated |
| Cntra Cpcty | Capacity (principal, agent, or riskless) of the contra-side firm.<br>P = Principal<br>A = Agency<br>R = Riskless Principal<br>NULL = No value was populated |
| Cntra Entry Fl | Denotes whether the contra party is the only side that reported the trade. Values:<br>O = Contra Entry<br>NULL = not applicable |

Off Exchange Trade Data Field and Definition (DIVER)

| | |
|---|---|
| Cntra Exctn Dt | Contra Execution Date - the date the contra party reported that the execution took place. |
| Cntra Exctn MPID | MPID of the contra side executing party<br>NULL = No value was populated |
| Cntra Exctn Tm | Contra Execution Time - the time the contra party reported that the execution took place. |
| Cntra Exctn TS | The time the contra party reported that the execution took place.<br>NULL = No value was populated |
| Cntra Rpt Dt | The date that the contra party reported the trade.<br>NULL = No value was populated |
| Cntra Rptg Obgtn Fl | Identifies if the contra-side firm had the reporting obligation for the trade under FINRA trade reporting rules.<br>N = no report<br>NULL = No value was populated |
| Cntra Short Cd | Code used to identify a short sale by the contra firm and indicate the type of short:<br>SS = Short sale<br>SX = Short sale exempt<br>NULL = not a short sale |
| Cntra Side MPID | MPID of the contra-side firm that reported the trade<br>NULL = No value was populated |
| Cntra Trd Rpt Tm | Time associated with the contra acceptance of the trade.  This occurs when the contra side submits a Trade Report Accept message.<br>NULL = No value was populated |
| Cntra Trd Rpt Tm2 | Time associated with the contra acceptance of the trade.  This occurs when the contra side submits a Trade Report Accept message.<br>(NOTE: Content is the same, format is different)<br>NULL = No value was populated |
| Cntra Trd Rpt TS | Time associated with the contra acceptance of the trade.  This occurs when the contra side submits a Trade Report Accept message.<br>NULL = No value was populated |
| Cntra Trmnl ID | Will be populated with the entry I1I2 when the M_O = "O" (contra is the OE firm).<br>The terminal I1I2 is the location where the report was entered.<br>NULL = No value was populated |
| Cntrl Nb | A unique identifier for the reporting side of each trade transaction. |
| CRD | CRD Number in effect for the event timestamp.<br>NULL = No value was populated |
| Dcln Tm | The time when the contra side declined the trade report by submitting a Trade Report Cancel message.<br>NULL = No value was populated |
| Dcln Tm2 | The time when the contra side declined the trade report by submitting a Trade Report Cancel message.  (NOTE: Content is the same, format is different)<br>Format: YYYYMMDDHHMMSScmmuu<br>NULL = No value was populated |
| Dcln TS | Timestamp the trade was declined by the contra party<br>NULL = No value was populated |
| Evnt Dt | Date on which the event occurred: Execution Date |
| Evnt Qt | Shares Quantity of the event - Execution Quantity |
| Evnt Tm | Time at which the event occurred - Execution Time |
| Evnt Type | Event type of the record (derived from "Media Report Flag"):<br>Media = Media reported trade<br>non-Media = Non-Media reported trade |
| Exctn Dt | Date when the execution occurred |
| Exctn Pr | Unit price of the trade |
| Exctn Qty | Number of shares traded |
| Exctn Tm | Execution Time - time when the execution occurred |
| Exctn TS | Time when the execution occurred |
| FINRA Cntra Cntrl Dt | Control date corresponding to FINRA Contra Control Number<br>NULL = No value was populated |
| FINRA Cntra Cntrl Nb | Control number used for interaction between TRFs and FINRA; will be unique for a trade report date and market center; Contra side will only be populated when trade is matched by comparison; will be unique for a trade report date and market center<br>NULL = No value was populated |
| FINRA Cntrl Dt | Control date of the first version of the trade<br>NULL = No value was populated |
| FINRA Cntrl Nb | Control number of the first version of the trade<br>NULL = No value was populated |

2

**Off Exchange Trade Data Field and Definition (DIVER)**

| | |
|---|---|
| FINRA Trd Mod Late Cd | System Trade Modifier - Time Modifier - Updated by MPP Engine:<br>T = Executed outside normal market hours<br>U = Executed outside normal market hours and reported late<br>Z = Executed during normal market hours and reported late<br>NULL = None or Not applicable |
| FINRA Trd Mod SRO Cd | System Trade Modifier SRO - Updated by MPP System:<br>W = Weighted Average Price for trade disseminated to UTP SIP<br>B = Weighted Average Price for trade disseminated to CTA SIP<br>I = Odd Lot Trade<br>NULL = No value was populated |
| FINRA Trd Mod Thru Xmpt Tm | System trade through exempt modifier time.<br>NULL = No value was populated |
| Firm Trd Mod Late Cd | User Trade Modifier - Extended Hours/Sequence. Values:<br>L = Sold last (late reported)<br>T = Pre- or post-market trade<br>U = Pre- or post-market trade reported out of sequence (late)<br>Z = Sold out of sequence (late)<br>NULL = Not extended or sequence |
| Firm Trd Mod SRO Cd | User Trade Modifier – SRO – Updated by TRF.<br>SRO detail sale condition. Required indicator if a trade falls under one of the following transaction types (otherwise the field must not be set):<br>1 = Stop stock (regular trade)<br>A = Acquisition<br>D = Distribution<br>E = Automatic execution (system)<br>H = Intraday trade detail (system)<br>I = Odd lot<br>K = Rule 155 Amex/Rule 127 NYSE<br>M = Market Center close price (system)<br>P = Prior reference price<br>Q = Market center open price (system)<br>R = Away from market sale<br>S = Split trade<br>W = Average price trade<br>X = Exercise of OTC option<br>NULL = No unusual trade detail |
| Firm Trd Mod Stlmt Type | User Trade Modifier – Settlement Type (Settlement modifiers). Values:<br>@ = Regular settlement<br>C = Cash settlement<br>N = Next day settlement<br>R = Seller settlement<br>NULL = No value was populated |
| Firm Trd Thrgh Xmptn Mdfr(Sale Cndtn2) | This identifier identifies the classification of the trade with regard to Firm's Trade Through Exemption. This modifier is entered by the firm when it reports the trade. Values:<br>2 = NASD Self Help Indicator<br>3 = Outbound ISO (Intermarket Sweep Order) - the order was routed to a different venue as ISO.<br>4 = Derivatively Price<br>5 = Market Center Reopen<br>6 = Market Center Closing<br>7 = Error Correction<br>8 = Print Protection<br>9 = Corrected Consolidated close price as per listing market<br>F = Intermarket Sweep<br>J = NASD Subpenny Indicator<br>O = Market Center Open<br>V = NASD Contingent Indicator<br>NULL = No exemption |
| IMID/MPID | Industry Member Identifier/Market Participant Identifier |
| Intd Mkt Cntr | Intended market center:<br>D = FINRA<br>Q = Nasdaq<br>NULL = No value was populated |
| Issue ID | Numeric identifier of a symbol. |
| Last Updt Dt | Last update date for the record |
| Last Updt Tm | Last update time for the record<br>NULL = No value was populated |

**Off Exchange Trade Data Field and Definition (DIVER)**

| | |
|---|---|
| Lckd In Fl | Locked-in flag. Values:<br>A = AGU<br>Q = QSR<br>Y = Locked-in trade<br>NULL = Not locked-in |
| Lckd in Trd TS | Time the locked-in trade report was received by the reporting facility<br>NULL = No value was populated |
| Media Rpt Fl | Identifies whether the trade was media reported or not (could differ from the Publish Indicator for odd lot trades). Values:<br>N = Not media reported<br>Y = media reported |
| Mkt Class (Column E) | Code indicating the listing classification for the traded issue:<br>CQS = Consolidated Quotation System (Non-NASDAQ listed securities)<br>NNM = NASDAQ Global/Global Select (Nasdaq National Market)<br>OTC = Over the Counter<br>OTCBB = Over the counter bulletin board<br>SC = NASDAQ Capital Markets (Nasdaq Small cap) |
| Mkt Class (Column DX) | Market Class Code derived during processing of each record type:<br>CQS = Consolidated Quotation System (Non-NASDAQ listed securities)<br>NNM = NASDAQ Global/Global Select (Nasdaq National Market)<br>OTC = Over the Counter<br>OTCBB = Over the counter bulletin board<br>SC = NASDAQ Capital Markets (Nasdaq Small cap) |
| Mkt Cntr ID | Identifier of the reporting facility to which the trade was reported:<br>D = ADF<br>L = FINRA/Nasdaq TRF<br>C = FINRA/Nasdaq TRF II<br>N = FINRA/NYSE TRF<br>O = OTC-TRF (ORF)<br>Q = NQ Exchange Clearing (NQ)<br>T = NQ Exchange Clearing (CQS) |
| No Link Cntrl Nb | Link to previous No transaction<br>NULL = No value was populated |
| No Was Link Nb | Link to first No transaction<br>NULL = No value was populated |
| OE Memo Text | Memo text entered by firm.<br>NULL = No value was populated |
| Orgnl Mod | The trade modifiers reported by the firm to the reporting facility. This field includes all modifiers in a single field. |
| Portal Trd Fl | Identifies a trade in a PORTAL security.<br>Y = Portal security<br>N = Not a Portal security |
| Pr Override Cd | An indicator that identifies if a price validation test was overridden when the trade was entered into ACT. ( When trades are entered into ACT, they are validated for reasonableness against a Price Validation Table. The Price Override widens the validation range).<br>Values:<br>O = Subscriber Override.*<br>X = Supervisory Override.<br>V = Supervisory Contract Override.<br>NULL = No override.<br><br>*(default) Value set by the ACT System for all CQS Issues if not "X" or "V" |
| Prev Trd FINRA Cntra Cntrl Dt | FINRA contra control date of the previous version of the trade<br>NULL = No value was populated |
| Prev Trd FINRA Cntra Cntrl Nb | FINRA contra control number of the previous version of the trade.<br>NULL = No value was populated |
| Prev Trd FINRA Cntrl Dt | FINRA Control date of the previous version of the trade<br>NULL = No value was populated |
| Prev Trd FINRA Cntrl Nb | FINRA Control Number of the previous version of the trade; this will only be populated on trades that have been corrected<br>NULL = No value was populated |
| Prmry Cntra Exctn MPID | Primary MPID of the contra-side executing party<br>NULL = No value was populated |
| Prmry Cntra MPID | Primary MPID of the contra-side firm that reported the trade<br>NULL = No value was populated |

**Off Exchange Trade Data Field and Definition (DIVER)**

| Field | Definition |
|---|---|
| Prmry Exch | Primary exchange where the traded security is listed. Values:<br>AM = NYSE MKT<br>BZ = BATS Z Exchange<br>NQ = Nasdaq<br>NY = NYSE<br>OB = OTCBB<br>OO = OTC<br>PC = ARCA<br>NULL = unknown |
| Prmry Exctn MPID | Primary MPID of the executing party of the trade |
| Prmry Rptng MPID | Primary MPID of the firm with the reporting obligation for the trade |
| Pstn Trsfr Fl | Special Processing Flag. Indicates that the transaction is for internal FINRA use only and should not be disseminated. Values:<br>3 = Section 3 Fees<br>P = Position Transfer<br>A = Audit Trail Only<br>N = none<br>NULL = No value was populated |
| Publish Cd | Identifies whether the trade is media reportable or not (could differ from the Media Reported Flag for odd lot trades).<br>N = Not Media Report Eligible<br>Y = Media Report Eligible |
| Rec Load Dt | The date the record was loaded. |
| Rec Type | Off Exchange Trade |
| Ref Nb | User defined trade reference number.<br>NULL = No value was populated |
| Ref Rptg Fclty Cd | For the non-tape "riskless" leg of a riskless principal transaction, identifies the facility or market where the first leg of the transaction was reported:<br>A = ADF<br>B = FINRA/Nasdaq TRF Chicago<br>N = FINRA/NYSE TRF<br>O = ORF (OTC Equity Reporting Facility)<br>Q = FINRA/Nasdaq TRF Carteret<br>NULL = default (the current TRF) |
| Rltd Mkt Cntr Id | For the non-tape "riskless" leg of a riskless principal transaction, identifies the facility or market where the first leg of the transaction was reported:<br>0 = ADF/ORF<br>1 = NQ TRF<br>3 = NYSE TRF<br>2 = NQ-TRF II<br>A = AMEX trade<br>B = BSE trade<br>C = NSX trade<br>E = MEMX<br>F = Foreign Mkt<br>G = BATS Y Exch trade<br>H = BATS Exch trade<br>I = ISE trade<br>J = DirectEdge A Ex trade<br>K = DirectEdge X Ex trade<br>L = LTSE<br>M = Chgo Stock Exch trade<br>N = NYSE trade<br>O = unknown mkt ctr<br>P = PSE trade<br>Q = NQ Exchange Trade for NQ securities<br>U = unspecified mult mkt trades<br>V = Investors' Exchange LLC (IEX))<br>W = CBOE trade<br>X = Phil Stock Exch trade<br>Y = MIAX Pearl<br>NULL = No Related Market Center |
| Rpt Trmnl Nb | I112 identifier for the reporting-side firm (Terminal Identifier of reporting side of trade). Only populated on pre-MPP NQ-TRF and ORF records.<br>NULL = No value was populated |

**Off Exchange Trade Data Field and Definition (DIVER)**

| | |
|---|---|
| Rpt Type | Identifies whether this is a No/Was Report:<br>N = No<br>W = Was<br>NULL = Regular |
| Rptd Share Qty | Number of shares traded as reported to the SIP<br>NULL = No value was populated |
| Rptd Side Cd | Indicates whether the reporting side of the trade is the buy side or the sell side (The side of the trade from the perspective of the firm with the reporting obligation):<br>B = Buy Side<br>S = Sell Side<br>X = Crossed Trade |
| Rptd Unit Pr | Unit price of the trade as reported to the SIP<br>NULL = No value was populated |
| Rptng Brnch Seq Nb | Branch/sequence number of the reporting-side firm<br>NULL = No value was populated |
| Rptng Clrng Nb | Clearing number of the firm that cleared the trade for the reporting-side firm<br>NULL = No value was populated |
| Rptng Cpcty | Capacity (principal, agent, or riskless) of the reporting-side firm. Values:<br>A = Agency<br>P = Principal<br>R = Riskless Principal |
| Rptng Exctn MPID | Reporting side MPID of the executing party of the trade |
| Rptng Memo Text | Provides a link (Control Number) to the original trade report, when a subsequent report is submitted to reallocate some of the trade volume to a different capacity. Note: this is a free-form text field; participants can enter any information in this field.<br>NULL = No value was populated |
| Rptng MPID | MPID of the firm with the reporting obligation for the trade |
| Rptng Obgtn Fl | Identifies if the reporting-side firm had the reporting obligation for the trade under FINRA trade reporting rules.<br>Y = Report<br>NULL = No value was populated |
| Rptng Short Sale Cd | Code used to identify a short sale by the executing firm and indicate the type of short. Values:<br>SS = Short sale<br>SX = Short sale exempt<br>NULL = not a short sale |
| Rvrsl Fl | Denotes whether the trade report is reversal transaction. Values:<br>Y = Reversal<br>N = Not a reversal |
| Spcl Trd Cd | Identifies special and step-out trades:<br>S = a "Step Out" trade<br>NULL = not a special or step out trade<br><br>The following codes are only applicable to FINRA/NASDAQ TRF and ORF trades:<br>A = Step Out trade with Section 3 Fee<br>B = Special and Step Out trade with Section 3 Fee<br>F = Fee transfer, occurred on Nasdaq<br>I = Step In trade<br>J = Special and Step In trade<br>O = Fee transfer, occurred on another market<br>Q = Step out of Nasdaq Exchange trade<br>X = a "special and Step-out trade" and instructs the NSCC not to include the trade in CNS<br>Y = a "special trade" and instructs the NSCC not to include the trade in CNS settlement |
| Sprvy Entry Cd | Indicates if a Market Operations Supervisor entered the trade message on behalf of the reporting side of the trade transaction:<br>D = Supervisory entry for Service Desk participant<br>S = Supervisory entry for non-Service Desk participant<br>NULL = not a supervisory entry |

**Off Exchange Trade Data Field and Definition (DIVER)**

| | |
|---|---|
| SRO Req Mod 4 | This identifier is a further classification of a trade with regard to SRO Required Detail. This modifier can either be entered by the firm or appended by the system.<br>I = Stop stock (regular trade)<br>A = Acquisition<br>D = Distribution<br>E = Automatic execution (system)<br>H = Intraday trade detail (system)<br>I = Odd lot<br>K = Rule 155 Amex/Rule 127 NYSE<br>M = Market Center close price (system)<br>P = Prior reference price<br>Q = Market center open price (system)<br>R = Away from market sale<br>S = Split trade<br>V = Contingent trade<br>W = Average price trade<br>X = Exercise of OTC option<br>NULL = No unusual trade detail |
| Sym (Column D) | Character symbol of the traded issue |
| Sym (Column S) | The unique symbol of the event in the format applicable to the record type. |
| Systm Apnd Trd Rptng Mod Fl | Identifies whether the Trade Reporting Modifier Code was entered by the reporting firm or appended by the reporting facility.<br>N = Not system appended<br>Y = System appended |
| Trd Brk TS | The time the reporting party submitted their break request<br>NULL = No value was populated |
| Trd Brkn TS | The time the contra party submitted their break confirmation<br>NULL = No value was populated |
| Trd Crctn Class | Trade Correction Classification.<br>A = Audit Trail Only<br>T = Tape<br>C = Clearing<br>B = Both T & C<br>NULL = No value was populated |
| Trd Mod SRO Tm | Time associated with Prior Reference Price or Stopped Stock trade.<br>NULL = No value was populated |
| Trd Mod Thru Xmpt Tm | Time associated with Outbound ISO modifier.<br>NULL = No value was populated |
| Trd Ref Nb | Trade Reference Number used to discretely tie a Media eligible trade to one or more non-Media eligible trades. E.g., same ref number used on a Media trade and on a Riskless Principal trade (FIX Tag #527)<br>NULL = No value was populated |
| Trd Rpt Dt | Date that the trade was reported. |
| Trd Rpt Tm | Trade Report Time: time that the trade was reported. |
| Trd Rpt TS | The date and time that the trade was reported |
| Trd Rptng Mod 3 | This identifier is a further classification of a trade with regard to Extended Hours/Sequence. This modifier can either be entered by the firm when it reports the trade or appended by the system.<br>L = Sold last (late reported)<br>T = Pre- or post-market trade<br>U = Pre- or post-market trade reported out of sequence (late)<br>Z = Sold out of sequence (late)<br>NULL = Not extended or sequence |
| Trd Src | Trade Sources.<br>B = Batch File<br>C = CTCI<br>F = FIX to MPP<br>J = FIX to ACT<br>K = QIX to ACT<br>W = Web |

**Off Exchange Trade Data Field and Definition (DIVER)**

| | |
|---|---|
| Trd St | Trade status code. Values:<br>A = Accepted; locked-in trade; Accepted by Contra side<br>B = Broken by both sides<br>C = Canceled by Reporting side<br>D = Declined by Contra side<br>E = Errored<br>F = Forced Matched; locked-in trade<br>G = One-sided Submission (Intermarket Trade)<br>H = Hanging trade (not available real-time)<br>I = Inhibited (by clearing firm)<br>K = Rejected sizable trade<br>L = Automatic locked-in trade at the end of T + 1 (Transaction Locked-in and submitted to clearing due to no action on contra side (i.e., hanging trades that are locked-in next day, not available real-time))<br>M = Matched; locked-in trade (Also used for AGU and PSA trades); AGU automatic locked-in trade<br>N = No portion of no/was trade<br>R = Locked-in trade; received via an execution system interface for NQ TRF; QSR automatic locked-in trade<br>T = Trade report submitted by reporting side<br>X = As-Of open or As-Of spilt trade which is not forwarded to NSCC, but is available for query. |
| Trd Stlmt Dt | Date on which the trade will settle (alternatively, could provide the number of days the settlement is delayed)<br>NULL = No value was populated |
| Trd Stlmt Mod 1 | Identifies a Reg NMS Settlement Type Sale Condition Code associated with a trade transaction.<br>@ = Regular settlement<br>C = Cash settlement<br>N = Next day settlement<br>R = Seller settlement<br>NULL = No Value was populated |
| Trd Thru Xmpt Fl | Flag to identify trades that are trade through exempt. Values:<br>N = No trade through exemption<br>Y = Trade through exemption<br>NULL = No value was populated |
| Trd Thru Xmpt Mod 2 | This identifier identifies the classification of the trade with regard to Trade Through Exemption. This modifier is entered by the firm when it reports the trade.<br>2 = NASD Self Help Indicator<br>3 = Intermarket Sweep – Outbound<br>4 = Derivatively Price<br>5 = Market Center Reopen<br>6 = Market Center Closing<br>7 = Error Correction<br>8 = Print Protection<br>9 = Corrected Consolidated close price as per listing market<br>F = Intermarket Sweep<br>J = NASD Subpenny Indicator<br>O = Market Center Open.<br>V = NASD Contingent Indicator<br>NULL = No exemption |
| Trd Unit Qty | Number of shares in the round lot for the Issue. Values; 100, 50, 25, 10, 5 or 1. This field is set to "0" when a value is not available from the source file. |
| TRF Cntra Cntrl Nb | Control number used for interaction between TRF and Firms; Contra side will only be populated when trade is matched by comparison; May not be unique for a given day<br>NULL = No Value was populated |
| TRF Cntrl Nb | Control number used for interaction between Firms and TRFs; May not be unique for a given day<br>NULL = No Value was populated |
| TRF Orgnl Cntrl Nb | For reversal transactions, contains the Control Number of the original trade being reversed.<br>NULL = No value was populated |
| TRF Prcsg Dt | Date FINRA received the record from the reporting facility.<br>NULL = No Value was populated |
| TRF Trd Mod Late Cd | System Trade Modifier – Time Modifiers  - Updated by TRF<br>T = Executed outside normal market hours<br>Z = Executed during normal market hours and reported late<br>U = Executed outside normal market hours and reported late<br>NULL = No value was populated |

8

Case 3:24-cv-02053-VDO   Document 55-3   Filed 04/13/25   Page 28 of 28

**Off Exchange Trade Data Field and Definition (DIVER)**

| | |
|---|---|
| TRF Trd Mod SRO Cd | System Trade Modifier – SRO – Updated by TRF.<br>SRO detail sale condition. Required indicator if a trade falls under one of the following transaction types (otherwise the field must not be set):<br>I = Odd Lot Trade<br>V = Contingent trade<br>W = Weighted Average Price<br>NULL = No Value was populated |
| Unique Rec ID | Unique identifier for each Reported Trade record. |
| Xplct Fee Fl | Denotes whether a Clearing Price was entered.<br>N = Not Explicit Fee Trade<br>Y = Explicit Fee Trade<br>NULL = No Value was populated |