# Exhibit 48

# Foia's (former exhibit 45)

**From:** (b)(6)
**Sent:** Fri, 9 Dec 2022 13:43:13 -0500
**To:** (b)(6) (Contractor); (b)(6)
(b)(6) (Contractor)
**Subject:** RE: FYI- MMTLP and MMAT stock. related complaints

(b)(5)

Thanks!

**From:** (b)(6) (b)(6) @SEC.GOV>
**Sent:** Friday, December 9, 2022 1:41 PM
**To:** (b)(6) (b)(6) @SEC.GOV>; (b)(6) (Contractor) (b)(6) @SEC.GOV>;
(b)(6) (b)(6) @SEC.GOV>; (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Subject:** RE: FYI- MMTLP and MMAT stock. related complaints

(b)(5)

**From:** (b)(6) (b)(6) @SEC.GOV>
**Sent:** Friday, December 9, 2022 1:34 PM
**To:** (b)(6) (Contractor) (b)(6) @SEC.GOV>; (b)(6) (b)(6) @SEC.GOV>;
(b)(6) (Contractor) (b)(6) @SEC.GOV> (b)(6)
(b)(6) @SEC.GOV>
**Subject:** RE: FYI- MMTLP and MMAT stock. related complaints

Thanks, (b)(6)

(b)(5)

**From:** (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Sent:** Friday, December 9, 2022 1:33 PM
**To:** (b)(6) (b)(6) @SEC.GOV> (b)(6) (b)(6) @SEC.GOV>; (b)(6)
(Contractor) (b)(6) @SEC.GOV>; (b)(6) (b)(6) @SEC.GOV>
**Subject:** FYI- MMTLP and MMAT stock. related complaints

Hello, we are at 5 submissions so far.
(b)(6)

(b)(6) (Contractor)
C2 Alaska, LLC

Senior Paralegal
U.S. Securities and Exchange Commission
Email: (b)(6) @sec.gov
Phone:
Cell: (b)(6)

**From:** (b)(6)
**Sent:** Fri, 9 Dec 2022 14:20:45 -0500
**To:** (b)(6)
**Subject:** RE: FYI- MMTLP and MMAT stock. related complaints

(b)(5)

**From:** (b)(6)  (b)(6)  ⊋SEC.GOV>
**Sent:** Friday, December 9, 2022 1:41 PM
**To:** (b)(6)  (b)(6)  ⊋SEC.GOV>(b)(6)  (Contractor) (b)(6)  ⊋SEC.GOV>;
(b)(6)  (b)(6)  ⊋SEC.GOV>;(b)(6)  (Contractor) (b)(6)  ⊋SEC.GOV>
**Subject:** RE: FYI- MMTLP and MMAT stock. related complaints

(b)(5)

**From:** (b)(6)  (b)(6)  ⊋SEC.GOV>
**Sent:** Friday, December 9, 2022 1:34 PM
**To:** (b)(6)  (Contractor) (b)(6)  ⊋SEC.GOV>(b)(6)  (b)(6)  ⊋SEC.GOV>;
(b)(6)  (Contractor) (b)(6)  ⊋SEC.GOV>;(b)(6)
(b)(6)  ⊋SEC.GOV>
**Subject:** RE: FYI- MMTLP and MMAT stock. related complaints

Thanks, (b)(6)

(b)(5)

**From:** (b)(6)  (Contractor) (b)(6)  ⊋SEC.GOV>
**Sent:** Friday, December 9, 2022 1:33 PM
**To:** (b)(6)  (b)(6)  ⊋SEC.GOV>(b)(6)  ⊅(b)(6)  ⊋SEC.GOV>; (b)(6)
(Contractor) (b)(6)  ⊋SEC.GOV>;(b)(6)  (b)(6)  ⊋SEC.GOV>
**Subject:** FYI- MMTLP and MMAT stock. related complaints

Hello, we are at 5 submissions so far.

(b)(6)

(b)(6)  (Contractor)
C2 Alaska, LLC
Senior Paralegal
U.S. Securities and Exchange Commission
Email: (b)(6)  ⊋sec.gov

Phone: (b)(6)
Cell: (b)(6)

**From:** (b)(6)
**Sent:** Mon, 12 Dec 2022 09:48:43 -0500
**To:** (b)(6) (Contractor); (b)(6) (Contractor)
**Cc:** (b)(6)
**Subject:** OMMS files - MMTLP

Hi (b)(6)

(b)(5)

Thanks so much,

(b)(6)

(b)(6) *[she/her/hers]*
Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate

**OFFICE** (b)(6)
**MOBILE** (b)(6)
(b)(6) @sec.gov

**U.S. Securities and
Exchange Commission**



**From:** [b)(6)]
**Sent:** Mon, 12 Dec 2022 14:30:13 -0500
**To:** [b)(6)] (Contractor); [b)(6)]
(Contractor)
**Subject:** RE: Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

Will do.

**From:** [b)(6)] [b)(6)] @SEC.GOV>
**Sent:** Monday, December 12, 2022 2:27 PM
**To:** [b)(6)] (Contractor) [b)(6)] ⊅SEC.GOV>; [b)(6)] [b)(6)] @SEC.GOV>;
[b)(6)] (Contractor) [b)(6)] ⊅SEC.GOV>
**Subject:** RE: Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

[b)(5)]

**From:** [b)(6)] (Contractor) <[b)(6)] @SEC.GOV>
**Sent:** Monday, December 12, 2022 2:07 PM
**To:** [b)(6)] [b)(6)] ⊅SEC.GOV>; [b)(6)] [b)(6)] @SEC.GOV>; [b)(6)]
(Contractor) [b)(6)] ⊅SEC.GOV>
**Subject:** RE: Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

Thank you [b)(6)]

**From** [b)(6)] [b)(6)] ⊅SEC.GOV>
**Sent:** Monday, December 12, 2022 1:44 PM
**To:** [b)(6)] [b)(6)] ⊅SEC.GOV>; [b)(6)] (Contractor) [b)(6)] ⊅SEC.GOV>;
[b)(6)] (Contractor) [b)(6)] SEC.GOV>
**Subject:** Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

In 2020, Torchlight Energy Resources (formerly TRCH) conducted a reverse merger into Meta Materials (NASDAQ: MMAT). As part of the transaction, TRCH holders received a dividend of Meta Materials' preferred Class A shares (OTC:MMTLP) on a 1:1 basis. Those preferred shares were entitled to certain dividends and equity in any relevant spinoff by Meta Materials. Recently, Meta Materials decided to spinoff its subsidiary Next Bridge Hydrocarbons Inc. (Next Bridge) to MMTLP holders. Following the spinoff, Next Bridge would be an 'independent non-trading public reporting company' (noting that reporting requirements would be reevaluated next year to determine if the company still needs to report; due to the spinoff the company will continue reporting for the next year). The record date for the transaction is COB today, December 12. MMTLP shares would be cancelled immediately after the Spinoff.

The foregoing is discussed in greater detail in the Next Bridge prospectus at
https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576d424b4.htm.

(b)(5)

On December 9, trading in MMTLP was halted under Code U3
(https://www.finra.org/sites/default/files/2022-12/UPC-35-2022-MMTLP%28Halt%29_2.pdf) pursuant
to Rule 6440(a)(3), FINRA has determined that an "extraordinary event has occurred or is ongoing that
has caused or has the potential to cause significant uncertainty in the settlement and clearance process
for shares in MMTLP and that, therefore, halting trading and quoting in MMTLP is necessary to protect
investors and the public interest."

(b)(5)

(b)(6) [she/her/hers]
Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate

**OFFICE** (b)(6)
**MOBILE** (b)(6)
(b)(6) @sec.gov

**U.S. Securities and
Exchange Commission**

**From:** (b)(6)
**Sent:** Mon, 12 Dec 2022 14:26:03 -0500
**To:** (b)(6) (Contractor); (b)(6)
(Contractor)
**Subject:** RE: Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

This is great – yes, thanks!

**From:** (b)(6) (Contractor) (b)(6) ƏSEC.GOV>
**Sent:** Monday, December 12, 2022 2:07 PM
**To:** (b)(6) (b)(6) ƏSEC.GOV>; (b)(6) (b)(6) ƏSEC.GOV>; (b)(6)
(Contractor) (b)(6) ƏSEC.GOV>
**Subject:** RE: Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

Thank you (b)(6)

**From:** (b)(6) (b)(6) ƏSEC.GOV>
**Sent:** Monday, December 12, 2022 1:44 PM
**To:** (b)(6) (b)(6) ƏSEC.GOV>; (b)(6) (Contractor) (b)(6) ƏSEC.GOV>;
(b)(6) (Contractor) (b)(6) ƏSEC.GOV>
**Subject:** Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

In 2020, Torchlight Energy Resources (formerly TRCH) conducted a reverse merger into Meta Materials (NASDAQ: MMAT). As part of the transaction, TRCH holders received a dividend of Meta Materials' preferred Class A shares (OTC:MMTLP) on a 1:1 basis. Those preferred shares were entitled to certain dividends and equity in any relevant spinoff by Meta Materials. Recently, Meta Materials decided to spinoff its subsidiary Next Bridge Hydrocarbons Inc. (Next Bridge) to MMTLP holders. Following the spinoff, Next Bridge would be an 'independent non-trading public reporting company' (noting that reporting requirements would be reevaluated next year to determine if the company still needs to report; due to the spinoff the company will continue reporting for the next year). The record date for the transaction is COB today, December 12. MMTLP shares would be cancelled immediately after the Spinoff.

The foregoing is discussed in greater detail in the Next Bridge prospectus at
https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576d424b4.htm.

(b)(5)

(b)(5)

On December 9, trading in MMTLP was halted under Code U3 (https://www.finra.org/sites/default/files/2022-12/UPC-35-2022-MMTLP%28Halt%29_2.pdf) pursuant to Rule 6440(a)(3), FINRA has determined that an "extraordinary event has occurred or is ongoing that has caused or has the potential to cause significant uncertainty in the settlement and clearance process for shares in MMTLP and that, therefore, halting trading and quoting in MMTLP is necessary to protect investors and the public interest."

(b)(5)

(b)(6) *[she/her/hers]*
Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate

**OFFICE** (b)(6)
**MOBILE** (b)(6)
(b)(6) @sec.gov

**U.S. Securities and
Exchange Commission**

**From:**  (b)(6)

**Sent:**  Mon, 12 Dec 2022 16:39:31 -0500

**To:**  (b)(6) (Contractor); (b)(6) (Contractor)

**Subject:**  RE: Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

**Attachments:**  mmtlp suggested draft.docx

(b)(5)

Thanks,

(b)(6)

**From:** (b)(6) @SEC.GOV>
**Sent:** Monday, December 12, 2022 2:27 PM
**To:** (b)(6) (Contractor) (b)(6) @SEC.GOV>; (b)(6) @SEC.GOV>; (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Subject:** RE: Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

(b)(5)

**From:** (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Sent:** Monday, December 12, 2022 2:07 PM
**To:** (b)(6) @SEC.GOV>; (b)(6) @SEC.GOV>; (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Subject:** RE: Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

Thank you (b)(6)

**From** (b)(6) @SEC.GOV>
**Sent:** Monday, December 12, 2022 1:44 PM
**To:** (b)(6) @SEC.GOV>; (b)(6) (Contractor) (b)(6) @SEC.GOV>; (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Subject:** Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?

In 2020, Torchlight Energy Resources (formerly TRCH) conducted a reverse merger into Meta Materials (NASDAQ: MMAT). As part of the transaction, TRCH holders received a dividend of Meta Materials' preferred Class A shares (OTC:MMTLP) on a 1:1 basis. Those preferred shares were entitled to certain dividends and equity in any relevant spinoff by Meta Materials. Recently, Meta Materials decided to spinoff its subsidiary Next Bridge Hydrocarbons Inc. (Next Bridge) to MMTLP holders. Following the spinoff, Next Bridge would be an 'independent non-trading public reporting company' (noting that reporting requirements would be reevaluated next year to determine if the company still needs to report; due to the spinoff the company will continue reporting for the next year). The record date for

the transaction is COB today, December 12. MMTLP shares would be cancelled immediately after the Spinoff.

The foregoing is discussed in greater detail in the Next Bridge prospectus at https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576d424b4.htm.


(b)(5)

On December 9, trading in MMTLP was halted under Code U3 (https://www.finra.org/sites/default/files/2022-12/UPC-35-2022-MMTLP%28Halt%29_2.pdf) pursuant to Rule 6440(a)(3), FINRA has determined that an "extraordinary event has occurred or is ongoing that has caused or has the potential to cause significant uncertainty in the settlement and clearance process for shares in MMTLP and that, therefore, halting trading and quoting in MMTLP is necessary to protect investors and the public interest."

(b)(5)

(b)(6)    *[she/her/hers]*
Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate

**OFFICE** (b)(6)
**MOBILE** (b)(6)
(b)(6)    @sec.gov



**From:** (b)(6)
**Sent:** Mon, 12 Dec 2022 19:14:28 -0500
**To:** (b)(6)
**Cc:** (b)(6) (Contractor); (b)(6) (Contractor)
**Subject:** Re: Meta Materials Preferred Shares (MMTLP) Complaints: what's going on?
**Attachments:** image001.png, image003.png, image001.png, image003.png, mmtlp suggested draft.docx

Thanks (b)(6)

Great job!

(b)(5)

Sent from my iPhone

On Dec 12, 2022, at 4:39 PM, (b)(6) (b)(6) @sec.gov> wrote:

(b)(5)

Thanks,
(b)(6)

Duplicate

**From:**        (b)(6)
**Sent:**        Tue, 13 Dec 2022 08:33:35 -0500
**To:**          (b)(6)
**Subject:**     mmtlp suggested draft (b)(6) edits
**Attachments:** mmtlp suggested draft (b)(6) edits.docx


Just some thoughts – but let's talk about it.
Do you have time now?

**From:** (b)(6)
**Sent:** Tue, 13 Dec 2022 08:37:22 -0500
**To:** (b)(6) (Contractor); (b)(6)
(Contractor)
**Subject:** RE: (b)(6) - Investor not satisfied with FINRA Ombudsman response on MMLTP

Thanks, (b)(6)

(b)(5)

---

**From:** (b)(6) (Contractor) (b)(6) >SEC.GOV>
**Sent:** Tuesday, December 13, 2022 8:32 AM
**To:** (b)(6) (b)(6) >SEC.GOV>; (b)(6) (b)(6) >SEC.GOV>; (b)(6)
(Contractor) (b)(6) >SEC.GOV>
**Subject:** RE: (b)(6) - Investor not satisfied with FINRA Ombudsman response on MMLTP

(b)(5); (b)(6)

(b)(6) Contractor
C2 Alaska LLC
Senior Law Clerk
U.S. Securities and Exchange Commission (SEC)
Email: (b)(6) @sec.gov
Phone: (b)(6)

**From:**            (b)(6)                 (Contractor)
**Sent:**            Tue, 13 Dec 2022 08:31:40 -0500
**To:**              (b)(6)                            (Contractor)
**Subject:**         RE: (b)(6)  - Investor not satisfied with FINRA Ombudsman response on MMLTP
**Attachments:**     (b)(6)        pdf

(b)(5); (b)(6)

(b)(6)         Contractor
C2 Alaska LLC
Senior Law Clerk
U.S. Securities and Exchange Commission (SEC)
Email: (b)(6)         @sec.gov
Phone: (b)(6)

**From:**     (b)(6)
**Sent:**           Tue, 13 Dec 2022 08:35:17 -0500
**To:**          (b)(6)
**Subject:**     RE: mmtlp suggested draft (b)( edits

Yes, anytime.

---

**From:** (b)(6)     (b)(6)   @SEC.GOV>
**Sent:** Tuesday, December 13, 2022 8:34 AM
**To:** (b)(6)     (b)(6)   @SEC.GOV>
**Subject:** mmtlp suggested draft (b)(6 edits

Just some thoughts – but let's talk about it.
Do you have time now?

**From:** (b)(6)
**Sent:**                  Tue, 13 Dec 2022 08:45:16 -0500
**To:** (b)(6)
**Subject:**               RE: mmtlp suggested draft (b)(6) edits

https://metamaterial.com/meta-materials-announces-finra-has-revised-corporate-action-for-exchange-of-series-a-preferred/

**From:** (b)(6) (b)(6) @SEC.GOV>
**Sent:** Tuesday, December 13, 2022 8:35 AM
**To:** (b)(6) (b)(6) @SEC.GOV>
**Subject:** RE: mmtlp suggested draft (b)(6) edits

Yes, anytime.

**From:** (b)(6) (b)(6) @SEC.GOV>
**Sent:** Tuesday, December 13, 2022 8:34 AM
**To:** (b)(6) (b)(6) @SEC.GOV>
**Subject:** mmtlp suggested draft (b)(6) edits

Just some thoughts – but let's talk about it.
Do you have time now?

**From:** (b)(6)
**Sent:** Tue, 13 Dec 2022 10:44:12 -0500
**To:** (b)(6)    (Contractor) (b)(6)    (Contractor)
**Cc:** (b)(6)
**Subject:** MMTLP response memo
**Attachments:** MMTLP response language.docx

Good morning,

(b)(5)

Thanks,
(b)(6)

(b)(6)    [she/her/hers]
Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate
**OFFICE** (b)(6)
**MOBILE** (b)(6)
(b)(6)    @sec.gov

**U.S. Securities and
Exchange Commission**

**From:**          (b)(6)
**Sent:**          Tue, 13 Dec 2022 10:34:22 -0500
**To:**            (b)(6)
**Subject:**       mmtlp suggested draft (b)(6) and (b)(6) edits
**Attachments:**   mmtlp suggested draft (b)(6) and (b)(6) edits.docx

My suggested edits in the attached.

**From:** [(b)(6)] (Contractor)
**Sent:** Tue, 13 Dec 2022 09:46:59 -0500
**To:** [(b)(6)] Contractor)
**Subject:** RE: 9692 - Investor not satisfied with FINRA Ombudsman response on MMLTP

[(b)(5)]

**From:** [(b)(6)] [(b)(6)] @SEC.GOV>
**Sent:** Tuesday, December 13, 2022 9:39 AM
**To:** [(b)(6)] [(b)(6)] @SEC.GOV>; [(b)(6)] [(b)(6)] @SEC.GOV>; [(b)(6)] (Contractor) [(b)(6)] @SEC.GOV>
**Subject:** RE: 9692 - Investor not satisfied with FINRA Ombudsman response on MMLTP

[(b)(5)]

**From:** [(b)(6)] (Contractor) [(b)(6)] @SEC.GOV>
**Sent:** Tuesday, December 13, 2022 9:26 AM
**To:** [(b)(6)] [(b)(6)] @SEC.GOV>; [(b)(6)] [(b)(6)] @SEC.GOV> [(b)(6)] (Contractor) [(b)(6)] @SEC.GOV>
**Subject:** RE: 9692 - Investor not satisfied with FINRA Ombudsman response on MMLTP

[(b)(5)]

Thanks!

**From:** [(b)(6)] [(b)(6)] @SEC.GOV>
**Sent:** Tuesday, December 13, 2022 9:11 AM
**To:** [(b)(6)] (Contractor) [(b)(6)] @SEC.GOV>; [(b)(6)] [(b)(6)] @SEC.GOV>; [(b)(6)] (Contractor) [(b)(6)] @SEC.GOV>
**Subject:** RE: 9692 - Investor not satisfied with FINRA Ombudsman response on MMLTP

(b)(5)

**From:** (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Sent:** Tuesday, December 13, 2022 8:32 AM
**To:** (b)(6) (b)(6) @SEC.GOV>; (b)(6) (b)(6) @SEC.GOV>; (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Subject:** RE: 9692 - Investor not satisfied with FINRA Ombudsman response on MMLTP

(b)(5)

(b)(6) Contractor
C2 Alaska LLC
Senior Law Clerk
U.S. Securities and Exchange Commission (SEC)
Email: (b)(6) @sec.gov
Phone: (b)(6)

**From:** (b)(6)
**Sent:** Tue, 13 Dec 2022 11:06:46 -0500
**To:** (b)(6) (Contractor); (b)(6)
(Contractor)
**Subject:** RE: MMTLP response memo
**Importance:** High

(b)(5)

**From:** (b)(6) (b)(6) >SEC.GOV>

**Sent:** Tuesday, December 13, 2022 10:59 AM
**To:** (b)(6) (b)(6) >SEC.GOV>; (b)(6) (Contractor) (b)(6) >SEC.GOV>;
(b)(6) (Contractor) (b)(6) >SEC.GOV>
**Subject:** RE: MMTLP response memo

Thank you, (b)(6) (b)(**5**)

**From:** (b)(6) (b)(6) @SEC.GOV>
**Sent:** Tuesday, December 13, 2022 10:51 AM
**To:** (b)(6) (b)(6) @SEC.GOV>; (b)(6) (Contractor) (b)(6) @SEC.GOV>;
Miti-kavuma, Charity (Contractor) (b)(6) @SEC.GOV>
**Subject:** RE: MMTLP response memo
**Importance:** High

(b)(5)

**From:** (b)(6) (b)(**6**) >SEC.GOV>
**Sent:** Tuesday, December 13, 2022 10:44 AM
**To:** (b)(6) (Contractor) (b)(**6**) @SEC.GOV>; (b)(6) (Contractor)
(b)(**6**) >SEC.GOV>
**Cc:** (b)(6) (b)(6) >SEC.GOV>
**Subject:** MMTLP response memo

Good morning,

(b)(5)

Thanks,

(b)(6)

(b)(6)    *[she/her/hers]*

Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate

**OFFICE**    (b)(6)
**MOBILE**
(b)(6)    ?sec.gov

**U.S. Securities and
Exchange Commission**

**From:**            (b)(6)
**Sent:**            Tue, 13 Dec 2022 10:44:57 -0500
**To:**              (b)(6)                           (Contractor); (b)(6)
(Contractor)
**Subject:**         RE: MMTLP response memo


Thanks for all your work on this!

---

**From:** (b)(6)  (b)(6)  @SEC.GOV>
**Sent:** Tuesday, December 13, 2022 10:44 AM
**To:** (b)(6)          (Contractor) (b)(6)      @SEC.GOV>; (b)(6)          (Contractor)
(b)(6)          @SEC.GOV>
**Cc:** (b)(6)      (b)(6)      @SEC.GOV>
**Subject:** MMTLP response memo

Good morning,

(b)(5)

Thanks,
(b)(6)

(b)(6)              *[she/her/hers]*
Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate

**OFFICE**  (b)(6)
**MOBILE**
(b)(6)      @sec.gov

**U.S. Securities and
Exchange Commission**

**From:** (b)(6)

**Sent:** Tue, 13 Dec 2022 09:46:30 -0500

**To:** (b)(6)

**Subject:** Re:

**Attachments:** image004.png, image005.png, image004.png, image005.png, mmtlp suggested draft - SP and LS edits.docx

Thanks!  I'll take a look

Sent from my iPhone

On Dec 13, 2022, at 9:42 AM (b)(6)    (b)(6)    @sec.gov> wrote:

(b)(5)

(b)(6)    *[she/her/hers]*
Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate
**OFFICE** (b)(6)
**MOBILE** (b)(6)
(b)(6)    @sec.gov

**U.S. Securities and Exchange Commission**

**U.S. Securities and Exchange Commission**

**From:** (b)(6)

**Sent:** Tue, 13 Dec 2022 11:14:50 -0500

**To:** (b)(6) (Contractor); (b)(6)

(Contractor)

**Subject:** RE: MMTLP response memo

(b)(5)

**From:**       OmbudsmanOMMS
**Sent:**       Tue, 13 Dec 2022 16:55:25 +0000
**To:**        (b)(6)
**Subject:**   SEC Ombudsman Matter Management System (OMMS) Submission - Matter ID
Number (b)(6)



## U.S. SECURITIES AND
## EXCHANGE COMMISSION

Dear (b)(6)

Thank you for contacting the Ombudsman of the U.S. Securities and Exchange Commission (SEC) with your concerns about preferred shares issued by Meta Materials Inc. (Meta) previously trading over-the-counter as MMTLP.

The Office of the Ombudsman handles retail investor recommendations, questions and complaints about the SEC and the self-regulatory organizations (SROs) that it oversees, including FINRA.

As you are likely aware, Next Bridge Hydrocarbons Inc. ("Next Bridge") has filed disclosures in the SEC's EDGAR database regarding Meta's spinoff of Next Bridge to Meta Series A Preferred shareholders, which are accessible at https://www.sec.gov/edgar/browse/?CIK=1936756. As disclosed in Next Bridge's prospectus (see: https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576d424b4.htm), "Each one share of Meta's Series A Non-Voting Preferred Stock outstanding as of close of business, New York City time, on December 12, 2022, the record date for the Spin-Off (the "Record Date"), will entitle the holder thereof to receive one share of Common Stock. The Series A Preferred stockholders will not be required to pay any consideration for the Common Stock they receive in the Spin-Off; immediately after the Spin-Off, all shares of Series A Non-Voting Preferred Stock of Meta shall be cancelled."

Pursuant to Meta's cancellation of these Meta Series A Preferred shares, two notices were posted to FINRA's Over-the-Counter Equities "Daily List," which can be accessed on FINRA's website via a search at https://otce.finra.org/otce/dailyList. To conduct a search for notices about the quotation of Meta Series A Preferred shares, enter in "MMTLP" under "issue" and change the "Start" date field to the December 1, 2022.

The first notice was issued on December 6, 2022 and states: "MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22."

The second notice was issued on December 8, 2022, revising the announcement. The revised announcement states: "See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive

the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22."

On December 9, FINRA issued a notice regarding the "Trading and Quotation Halt for META MATERIALS PFD SER A (MMTLP)."  As the notice states, "Effective Friday, December 09, 2022, the Financial Industry Regulatory Authority, Inc. ("FINRA") halted trading and quoting in the Series A preferred shares of Meta Materials Inc. (OTC Symbol: MMTLP). Pursuant to Rule 6440(a)(3), FINRA has determined that an extraordinary event has occurred or is ongoing that has caused or has the potential to cause significant uncertainty in the settlement and clearance process for shares in MMTLP and that, therefore, halting trading and quoting in MMTLP is necessary to protect investors and the public interest. The trading and quoting halt will end concurrent with the deletion of the symbol effective Tuesday, December 13, 2022..."  The FINRA Notice can be viewed at https://www.finra.org/sites/default/files/2022-12/UPC-35-2022-MMTLP%28Halt%29_2.pdf.  Per the notice, questions should be directed to FINRA Market Operations at (866) 776-0800, Option 2.

For more information on trading halts, delays and suspensions, please visit FINRA's website at https://www.finra.org/investors/investing/investment-products/stocks/trading-halts-delays-suspension.

To the extent you have concerns regarding FINRA's actions, you should consider reporting your concerns to FINRA's Office of the Ombudsman, which acts as an impartial, confidential and independent resource that works informally to assist in finding solutions to issues, or concerns you may have with FINRA.

You may contact the FINRA Ombudsman directly via the webform at https://finra.ethicspointvp.com/custom/FINRA_HelpLine/form_data.asp or by phone at (888) 700-0028. For more information about the services and assistance provided by the FINRA Ombudsman, go to https://www.finra.org/about/office-ombudsman.

Please follow up with the SEC Ombudsman if you feel that your concerns have not been addressed by the FINRA Ombudsman.

Thank you again for contacting the SEC Ombudsman.


*The Ombudsman generally treats matters as confidential, and takes reasonable steps to maintain the confidentiality of communications.  The Ombudsman also attempts to address matters without sharing information outside of the Ombudsman staff, unless you give the Ombudsman permission to do so.  However, the Ombudsman may need to contact other SEC divisions or offices, Self-Regulatory Organizations, entities, and/or individuals and share information without your permission under certain circumstances including, but not limited to: a threat of imminent risk or serious harm; assertions, complaints, or information relating to violations of the securities laws; allegations of government fraud, waste, or abuse; or if required by law, such as pursuant to a court order or Freedom of Information Act request initiated by a third party.*

*Information provided by the staff via email is informal and is not binding on the staff or the Commission.  The information is provided as a service to investors.  It is neither a legal representation nor a statement of SEC policy.  SEC staff cannot act as your personal representative or attorney.  For specific information on protecting your particular rights, or if you feel you need a definitive legal analysis of your particular situation, it may be in your best interest to consult with an attorney who specializes in securities law.*

*This communication and any attachments may be privileged or confidential.  If you are not the intended recipient, you have received this communication in error and any review, dissemination, distribution, copying, or use of this communication is strictly prohibited.  In such an event, please notify SEC staff*

*immediately by reply email to Ombudsman@sec.gov or by phone toll-free at 877.732.2001 and*
*immediately delete this communication and all attachments.*

Ombudsman
U.S. Securities and Exchange Commission
100 F Street NE | Washington, DC 20549
202.551.3330 | Toll-free: 877.SEC.2001 (877.732.2001) | Fax: 301.847.4722
Ombudsman@sec.gov | https://www.sec.gov/ombudsman

--------------- Original Message ---------------
From:
Sent: 12/12/2022 10:37 PM
To: (b)(6)
Subject: Ombudsman Matter Management System (OMMS) Submission Received

U.S. SECURITIES AND
EXCHANGE COMMISSION

Thank you for your submission on 12/12/2022 10:37 PM Eastern.

Please note your OMMS Matter ID Number and retain it for future reference.

OMMS Matter ID Number: (b)(6)

The Ombudsman generally treats matters as confidential, and takes reasonable steps to maintain
the confidentiality of communications. The Ombudsman also attempts to address matters without
sharing information outside of the Ombudsman staff, unless you give the Ombudsman
permission to do so. However, the Ombudsman may need to contact other SEC divisions or
offices, Self-Regulatory Organizations, entities, and/or individuals and share information without
your permission under certain circumstances including, but not limited to: a threat of imminent
risk or serious harm; assertions, complaints, or information relating to violations of the securities
laws; allegations of government fraud, waste, or abuse; or if required by law, such as pursuant to
a court order or Freedom of Information Act request initiated by a third party.

Information provided by the staff via email is informal and is not binding on the staff or the
Commission. The information is provided as a service to investors. It is neither a legal
representation nor a statement of SEC policy. SEC staff cannot act as your personal
representative or attorney. For specific information on protecting your particular rights, or if you
feel you need a definitive legal analysis of your particular situation, it may be in your best
interest to consult with an attorney who specializes in securities law.

This communication and any attachments may be privileged or confidential. If you are not the
intended recipient, you have received this communication in error and any review,
dissemination, distribution, copying, or use of this communication is strictly prohibited. In such

an event, please notify SEC staff immediately by reply email to Ombudsman@sec.gov or by phone toll-free at 877.732.2001 and immediately delete this communication and all attachments.

Ombudsman
U.S. Securities and Exchange Commission
100 F Street NE | Washington, DC 20549
202.551.3330 | Toll-free: 877.SEC.2001 (877.732.2001) | Fax: 301.847.4722
Ombudsman@sec.gov | https://www.sec.gov/ombudsman

**From:**       OmbudsmanOMMS
**Sent:**        Tue, 13 Dec 2022 18:15:48 +0000
**To:**          (b)(6)
**Subject:**     SEC Ombudsman Matter Management System (OMMS) Submission - Matter ID
Number (b)(6)

 U.S. SECURITIES AND
EXCHANGE COMMISSION

Dear (b)(6)

Thank you for contacting the Ombudsman of the U.S. Securities and Exchange
Commission (SEC) with your concerns about preferred shares issued by Meta
Materials Inc. (Meta) previously trading over-the-counter as MMTLP ("Meta Series A
Preferred" shares).

The Office of the Ombudsman handles retail investor recommendations, questions
and complaints about the SEC and the self-regulatory organizations (SROs) that it
oversees, including FINRA. Our office handles questions and complaints by retail
investors about the SEC and appreciates hearing the views and concerns of retail
investors like you.

As you are likely aware, Next Bridge Hydrocarbons Inc. ("Next Bridge") has filed
disclosures in the SEC's EDGAR database regarding Meta's spinoff of Next Bridge to
Meta Series A Preferred shareholders, which are accessible at
https://www.sec.gov/edgar/browse/?CIK=1936756. As disclosed in Next Bridge's
prospectus (see:
https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576d4
24b4.htm), "Each one share of Meta's Series A Non-Voting Preferred Stock
outstanding as of close of business, New York City time, on December 12, 2022, the
record date for the Spin-Off (the "Record Date"), will entitle the holder thereof to
receive one share of Common Stock…. The Series A Preferred stockholders will not
be required to pay any consideration for the Common Stock they receive in the Spin-
Off; immediately after the Spin-Off, all shares of Series A Non-Voting Preferred
Stock of Meta shall be cancelled."

Pursuant to Meta's cancellation of these Meta Series A Preferred shares, two notices have been posted to FINRA's Over-the-Counter Equities "Daily List," which can be accessed on FINRA's website via a search at https://otce.finra.org/otce/dailyList. To conduct a search for notices about the quotation of Meta Series A Preferred shares, enter in "MMTLP" under "issue" and change the "Start" date field to the December 1, 2022.

The first notice was issued on December 6, 2022 and states: "MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22."

The second notice was issued on December 8, 2022, revising the announcement. The revised announcement states: "See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22."

Please note that FINRA's deletion of the symbol MMTLP is a separate action from the cancellation of Meta Series A Preferred shares pursuant to the Next Bridge spinoff.

Pursuant to FINRA Rule 6440, in circumstances in which it is necessary to protect investors and the public interest, FINRA may direct members to halt trading and quotations in OTC Equity Securities if, among other things, "FINRA determines that an extraordinary event has occurred or is ongoing that has had a material effect on the market for the OTC Equity Security or the security underlying an OTC ADR or has caused or has the potential to cause major disruption to the marketplace or significant uncertainty in the settlement and clearance process (Extraordinary Event Halt)." For more information on trading halts, delays and suspensions, please visit FINRA's website at https://www.finra.org/investors/investing/investment-products/stocks/trading-halts-delays-suspension.

To the extent you have concerns regarding FINRA's actions, you should consider reporting your concerns to FINRA's Office of the Ombudsman, which acts as an impartial, confidential and independent resource that works informally to assist in finding solutions to issues, or concerns you may have with FINRA.

You may contact the FINRA Ombudsman directly via the webform at

https://finra.ethicspointvp.com/custom/FINRA_HelpLine/form_data.asp or by phone at (888) 700-0028. For more information about the services and assistance provided by the FINRA Ombudsman, go to https://www.finra.org/about/office-ombudsman. Please follow up with the SEC Ombudsman if you feel that your concerns have not been addressed by the FINRA Ombudsman.

Finally, to the extent you have concerns about your personal holdings of or positions in Meta Series A Preferred shares, you should contact the SEC's Office of Investor Education and Advocacy (OIEA) (https://www.sec.gov/page/oieasectionlanding) for assistance. OIEA has staff available to handle questions and complaints relating to personal investments and financial matters, brokers and certain other financial professionals, and to answer general questions about the securities laws. OIEA staff may also contact brokers, advisers or other financial professionals on your behalf, with your consent. You can contact OIEA for assistance by email at Help@sec.gov, by telephone at (202) 551-6500, or by using the Investor Complaint Form at https://www.sec.gov/oiea/Complaint.html.

Thank you again for contacting the SEC Ombudsman. We hope you find this information useful, and we appreciate your views.

*The Ombudsman generally treats matters as confidential, and takes reasonable steps to maintain the confidentiality of communications. The Ombudsman also attempts to address matters without sharing information outside of the Ombudsman staff, unless you give the Ombudsman permission to do so. However, the Ombudsman may need to contact other SEC divisions or offices, Self-Regulatory Organizations, entities, and/or individuals and share information without your permission under certain circumstances including, but not limited to: a threat of imminent risk or serious harm; assertions, complaints, or information relating to violations of the securities laws; allegations of government fraud, waste, or abuse; or if required by law, such as pursuant to a court order or Freedom of Information Act request initiated by a third party.*

*Information provided by the staff via email is informal and is not binding on the staff or the Commission. The information is provided as a service to investors. It is neither a legal representation nor a statement of SEC policy. SEC staff cannot act as your personal representative or attorney. For specific information on protecting your particular rights, or if you feel you need a definitive legal analysis of your particular situation, it may be in your best interest to consult with an attorney who specializes in securities law.*

*This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this communication in error and any review, dissemination, distribution, copying, or use of this communication is strictly prohibited. In such an event, please notify SEC staff immediately by reply email to Ombudsman@sec.gov or by phone toll-free at 877.732.2001 and immediately delete this communication and all attachments.*

Ombudsman

U.S. Securities and Exchange Commission
100 F Street NE | Washington, DC 20549
202.551.3330 | Toll-free: 877.SEC.2001 (877.732.2001) | Fax: 301.847.4722
Ombudsman@sec.gov | https://www.sec.gov/ombudsman

| From: | OmbudsmanOMMS |
|---|---|
| Sent: | Tue, 13 Dec 2022 18:06:20 +0000 |
| To: | (b)(6) |
| Subject: | SEC Ombudsman Matter Management System (OMMS) Submission - Matter ID |

Number (b)(6)

 U.S. SECURITIES AND
EXCHANGE COMMISSION

Dear (b)(6)

Thank you for contacting the Ombudsman of the U.S. Securities and Exchange Commission (SEC) with your concerns about preferred shares issued by Meta Materials Inc. (Meta) previously trading over-the-counter as MMTLP ("Meta Series A Preferred" shares).

The Office of the Ombudsman handles retail investor recommendations, questions and complaints about the SEC and the self-regulatory organizations (SROs) that it oversees, including FINRA.

As you are likely aware, Next Bridge Hydrocarbons Inc. ("Next Bridge") has filed disclosures in the SEC's EDGAR database regarding Meta's spinoff of Next Bridge to Meta Series A Preferred shareholders, which are accessible at https://www.sec.gov/edgar/browse/?CIK=1936756. As disclosed in Next Bridge's prospectus (see: https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576d424b4.htm), "Each one share of Meta's Series A Non-Voting Preferred Stock outstanding as of close of business, New York City time, on December 12, 2022, the record date for the Spin-Off (the "Record Date"), will entitle the holder thereof to receive one share of Common Stock…. The Series A Preferred stockholders will not be required to pay any consideration for the Common Stock they receive in the Spin-Off; immediately after the Spin-Off, all shares of Series A Non-Voting Preferred Stock of Meta shall be cancelled."

Pursuant to Meta's cancellation of these Meta Series A Preferred shares, two

notices were posted to FINRA's Over-the-Counter Equities "Daily List," which can be accessed on FINRA's website via a search at https://otce.finra.org/otce/dailyList. To conduct a search for notices about the quotation of Meta Series A Preferred shares, enter in "MMTLP" under "issue" and change the "Start" date field to the December 1, 2022.

The first notice was issued on December 6, 2022 and states: "MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22."

The second notice was issued on December 8, 2022, revising the announcement. The revised announcement states: "See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22."

On December 9, FINRA issued a notice regarding the "Trading and Quotation Halt for META MATERIALS PFD SER A (MMTLP)."  As the notice states, "Effective Friday, December 09, 2022, the Financial Industry Regulatory Authority, Inc. ("FINRA") halted trading and quoting in the Series A preferred shares of Meta Materials Inc. (OTC Symbol: MMTLP). Pursuant to Rule 6440(a)(3), FINRA has determined that an extraordinary event has occurred or is ongoing that has caused or has the potential to cause significant uncertainty in the settlement and clearance process for shares in MMTLP and that, therefore, halting trading and quoting in MMTLP is necessary to protect investors and the public interest. The trading and quoting halt will end concurrent with the deletion of the symbol effective Tuesday, December 13, 2022..."  The FINRA Notice can be viewed at https://www.finra.org/sites/default/files/2022-12/UPC-35-2022-MMTLP%28Halt%29_2.pdf.  Per the notice, questions should be directed to FINRA Market Operations at (866) 776-0800, Option 2.

For more information on trading halts, delays and suspensions, please visit

FINRA's website at https://www.finra.org/investors/investing/investment-products/stocks/trading-halts-delays-suspension.

To the extent you have concerns regarding FINRA's actions, you should consider reporting your concerns to FINRA's Office of the Ombudsman, which acts as an impartial, confidential and independent resource that works informally to assist in finding solutions to issues, or concerns you may have with FINRA.

You may contact the FINRA Ombudsman directly via the webform at https://finra.ethicspointvp.com/custom/FINRA_HelpLine/form_data.asp or by phone at (888) 700-0028. For more information about the services and assistance provided by the FINRA Ombudsman, go to https://www.finra.org/about/office-ombudsman.
Please follow up with the SEC Ombudsman if you feel that your concerns have not been addressed by the FINRA Ombudsman.

Thank you again for contacting the SEC Ombudsman.  We appreciate your views.

*The Ombudsman generally treats matters as confidential, and takes reasonable steps to maintain the confidentiality of communications.  The Ombudsman also attempts to address matters without sharing information outside of the Ombudsman staff, unless you give the Ombudsman permission to do so.  However, the Ombudsman may need to contact other SEC divisions or offices, Self-Regulatory Organizations, entities, and/or individuals and share information without your permission under certain circumstances including, but not limited to: a threat of imminent risk or serious harm; assertions, complaints, or information relating to violations of the securities laws; allegations of government fraud, waste, or abuse; or if required by law, such as pursuant to a court order or Freedom of Information Act request initiated by a third party.*

*Information provided by the staff via email is informal and is not binding on the staff or the Commission.  The information is provided as a service to investors.  It is neither a legal representation nor a statement of SEC policy.  SEC staff cannot act as your personal representative or attorney.  For specific information on protecting your particular rights, or if you feel you need a definitive legal analysis of your particular situation, it may be in your best interest to consult with an attorney who specializes in securities law.*

*This communication and any attachments may be privileged or confidential.  If you are not the intended recipient, you have received this communication in error and any review, dissemination, distribution, copying, or use of this communication is strictly prohibited.  In such an event, please notify SEC staff immediately by reply email to Ombudsman@sec.gov or by phone toll-free at 877.732.2001 and immediately delete this communication and all attachments.*

Ombudsman

U.S. Securities and Exchange Commission
100 F Street NE | Washington, DC 20549
202.551.3330 | Toll-free: 877.SEC.2001 (877.732.2001) | Fax: 301.847.4722
Ombudsman@sec.gov | https://www.sec.gov/ombudsman

--------------- Original Message ---------------
From:
Sent: 12/9/2022 8:34 PM
To: (b)(6)
Subject: Ombudsman Matter Management System (OMMS) Submission Received

U.S. SECURITIES AND
EXCHANGE COMMISSION

Thank you for your submission on 12/09/2022 08:34 PM Eastern.

Please note your OMMS Matter ID Number and retain it for future reference.

OMMS Matter ID Number: (b)(6)

The Ombudsman generally treats matters as confidential, and takes reasonable steps to maintain
the confidentiality of communications. The Ombudsman also attempts to address matters without
sharing information outside of the Ombudsman staff, unless you give the Ombudsman
permission to do so. However, the Ombudsman may need to contact other SEC divisions or
offices, Self-Regulatory Organizations, entities, and/or individuals and share information without
your permission under certain circumstances including, but not limited to: a threat of imminent
risk or serious harm; assertions, complaints, or information relating to violations of the securities
laws; allegations of government fraud, waste, or abuse; or if required by law, such as pursuant to
a court order or Freedom of Information Act request initiated by a third party.

Information provided by the staff via email is informal and is not binding on the staff or the
Commission. The information is provided as a service to investors. It is neither a legal
representation nor a statement of SEC policy. SEC staff cannot act as your personal
representative or attorney. For specific information on protecting your particular rights, or if you
feel you need a definitive legal analysis of your particular situation, it may be in your best
interest to consult with an attorney who specializes in securities law.

This communication and any attachments may be privileged or confidential. If you are not the
intended recipient, you have received this communication in error and any review,
dissemination, distribution, copying, or use of this communication is strictly prohibited. In such
an event, please notify SEC staff immediately by reply email to Ombudsman@sec.gov or by
phone toll-free at 877.732.2001 and immediately delete this communication and all attachments.

Ombudsman
U.S. Securities and Exchange Commission
100 F Street NE | Washington, DC 20549
202.551.3330 | Toll-free: 877.SEC.2001 (877.732.2001) | Fax: 301.847.4722
Ombudsman@sec.gov | https://www.sec.gov/ombudsman

**From:** (b)(6)
**Sent:** Wed, 14 Dec 2022 08:46:14 -0500
**To:** (b)(6)
**Subject:** RE: intake - MMTLP
**Attachments:** MMTLP response language.docx

(b)(6) – the language has been added to our master template; a copy is also attached here.

(b)(5)

(b)(6)

**From** (b)(6) (b)(6) @SEC.GOV>
**Sent:** Wednesday, December 14, 2022 8:29 AM
**To:** (b)(6) (b)(6) @SEC.GOV> (b)(6) (b)(6) @SEC.GOV>
**Subject:** intake - MMTLP

We are starting to see items.  Can you share your response to investors?

(b)(6)

Thank you for contacting the Ombudsman of the U.S. Securities and Exchange Commission (SEC) with your concerns about preferred shares issued by Meta Materials Inc. (Meta) previously trading over-the-counter as MMTLP ("Meta Series A Preferred" shares).

The Office of the Ombudsman handles retail investor recommendations, questions and complaints about the SEC and the self-regulatory organizations (SROs) that it oversees, including FINRA.

As you are likely aware, Next Bridge Hydrocarbons Inc. ("Next Bridge") has filed disclosures in the SEC's EDGAR database regarding Meta's spinoff of Next Bridge to Meta Series A Preferred shareholders, which are accessible at https://www.sec.gov/edgar/browse/?CIK=1936756. As disclosed in Next Bridge's prospectus (see: https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576 d424b4.htm), "Each one share of Meta's Series A Non-Voting Preferred Stock outstanding as of close of business, New York City time, on December 12, 2022, the record date for the Spin-Off (the "Record Date"), will entitle the holder thereof to receive one share of Common Stock…. The Series A Preferred stockholders will not be required to pay any consideration for the Common Stock they receive in the Spin-Off; immediately after the Spin-Off, all shares of Series A Non-Voting Preferred Stock of Meta shall be cancelled."

Pursuant to Meta's cancellation of these Meta Series A Preferred shares, two notices were posted to FINRA's Over-the-Counter Equities "Daily List," which can be accessed on FINRA's website via a search at https://otce.finra.org/otce/dailyList. To conduct a search for notices about the quotation of Meta Series A Preferred shares, enter in "MMTLP" under "issue" and change the "Start" date field to the December 1, 2022.

The first notice was issued on December 6, 2022 and states: "MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22."

The second notice was issued on December 8, 2022, revising the announcement. The revised announcement states: "See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive

one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22."

On December 9, FINRA issued a notice regarding the "Trading and Quotation Halt for META MATERIALS PFD SER A (MMTLP)." As the notice states, "Effective Friday, December 09, 2022, the Financial Industry Regulatory Authority, Inc. ("FINRA") halted trading and quoting in the Series A preferred shares of Meta Materials Inc. (OTC Symbol: MMTLP). Pursuant to Rule 6440(a)(3), FINRA has determined that an extraordinary event has occurred or is ongoing that has caused or has the potential to cause significant uncertainty in the settlement and clearance process for shares in MMTLP and that, therefore, halting trading and quoting in MMTLP is necessary to protect investors and the public interest. The trading and quoting halt will end concurrent with the deletion of the symbol effective Tuesday, December 13, 2022..." The FINRA Notice can be viewed at https://www.finra.org/sites/default/files/2022-12/UPC-35-2022-MMTLP%28Halt%29_2.pdf. Per the notice, questions should be directed to FINRA Market Operations at (866) 776-0800, Option 2.

For more information on trading halts, delays and suspensions, please visit FINRA's website at https://www.finra.org/investors/investing/investment-products/stocks/trading-halts-delays-suspension.

To the extent you have concerns regarding FINRA's actions, you should consider reporting your concerns to FINRA's Office of the Ombudsman, which acts as an impartial, confidential and independent resource that works informally to assist in finding solutions to issues, or concerns you may have with FINRA.

You may contact the FINRA Ombudsman directly via the webform at https://finra.ethicspointvp.com/custom/FINRA_HelpLine/form_data.asp or by phone at (888) 700-0028. For more information about the services and assistance provided by the FINRA Ombudsman, go to https://www.finra.org/about/office-ombudsman.
Please follow up with the SEC Ombudsman if you feel that your concerns have not been addressed by the FINRA Ombudsman.

Thank you again for contacting the SEC Ombudsman. We appreciate your views.

**From:**            (b)(6)
**Sent:**                    Wed, 14 Dec 2022 08:34:00 -0500
**To:**              (b)(6)
**Subject:**                RE: intake - MMTLP


No, I don't think it did. I'll do that now.

---

**From:** (b)(6)    (b)(6)    @SEC.GOV>
**Sent:** Wednesday, December 14, 2022 8:33 AM
**To** (b)(6)    (b)(6)    @SEC.GOV>
**Subject:** Fwd: intake - MMTLP

(b)(5)

Sent from my iPhone

Begin forwarded message:

**From:** (b)(6)    (b)(6)    @sec.gov>
**Date:** December 14, 2022 at 8:29:24 AM EST
**To:** (b)(6)    (b)(6)    @sec.gov> (b)(6)    (b)(6)    @sec.gov>
**Subject: intake - MMTLP**


We are starting to see items.  Can you share your response to investors?

(b)(6)

**From:** (b)(6)
**Sent:** Wed, 14 Dec 2022 09:46:09 -0500
**To:** (b)(6)
**Subject:** RE:

Sure, I can do that now.

**From:** (b)(6)  (b)(6)  @SEC.GOV>
**Sent:** Wednesday, December 14, 2022 9:46 AM
**To:** (b)(6)  (b)(6)  @SEC.GOV>
**Subject:**

Hi (b)(6)

(b)(5)

Do you have a few minutes to talk before we ping him?

**From:**     (b)(6)
**Sent:**        Wed, 14 Dec 2022 10:52:48 -0500
**To:**        (b)(6)    (Contractor)
**Subject:**       RE: IA Email Intake

All MMTLP items see below response.

To the extent you have concerns regarding FINRA's actions, you should consider reporting your concerns to FINRA's Office of the Ombudsman, which acts as an impartial, confidential and independent resource that works informally to assist in finding solutions to issues, or concerns you may have with FINRA.

You may contact the FINRA Ombudsman directly via the webform at https://finra.ethicspointvp.com/custom/FINRA_HelpLine/form_data.asp or by phone at (888) 700-0028. For more information about the services and assistance provided by the FINRA Ombudsman, go to https://www.finra.org/about/office-ombudsman.
Please follow up with the SEC Ombudsman if you feel that your concerns have not been addressed by the FINRA Ombudsman.

Thank you for contacting the Office of the Investor Advocate.

(b)(5)

**From:** (b)(6)    (Contractor) (b)(6)    @SEC.GOV>
**Sent:** Wednesday, December 14, 2022 9:24 AM
**To:** (b)(6)    (b)(6)    @SEC.GOV>
**Subject:** IA Email Intake

From:

(b)(5)

(b)(6)    **(Contractor)**

Confidential Assistant , C2 Alaska, LLC.
Office of the Investor Advocate
Securities Exchange Commission

100 F Street, N.E.| Washington, DC 20549
Email:(b)(6)          @sec.gov (b)(6)

**From:** (b)(6)
**Sent:** Thu, 15 Dec 2022 09:31:50 -0500
**To:** (b)(6) (Contractor)
**Subject:** RE: IA Email Intake

(b)(5)

**From:** (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Sent:** Thursday, December 15, 2022 9:20 AM
**To:** (b)(6) (b)(6) @SEC.GOV>
**Subject:** IA Email Intake

From:

(b)(6) - Education

(b)(6) **(Contractor)**

Confidential Assistant , C2 Alaska, LLC.
Office of the Investor Advocate
Securities Exchange Commission

100 F Street, N.E.| Washington, DC 20549
Email: (b)(6) @sec.gov (b)(6)

**From:**      (b)(6)
**Sent:**      Thu, 15 Dec 2022 12:56:19 -0500
**To:**      (b)(6)      (Contractor)
**Cc:**      (b)(6)
**Subject:**      RE: OMMS

(b)(6) – one more - (b)(6) – can you refer the OMMS file and VM file to OIEA for handling? It's an MMTLP file but concerns the delivery of his personal shares.

Thank you!

Duplicate

**From:** (b)(6)
**Sent:** Thu, 15 Dec 2022 15:49:01 -0500
**To:** (b)(6)
**Cc:** (b)(6)
**Subject:** RE: FINRA Rule 6440

Thanks so much!!  Very helpful info.

(b)(5)

Have a good night.

(b)(6)

**From:** (b)(6)    (b)(6) @SEC.GOV>
**Sent:** Thursday, December 15, 2022 3:44 PM
**To:** (b)(6)    (b)(6) @SEC.GOV>
**Cc:** (b)(6)    (b)(6) @SEC.GOV>; (b)(6)    (b)(6) @SEC.GOV>
**Subject:** RE: FINRA Rule 6440

(b)(5)

(b)(5)

**From** (b)(6)  (b)(6) @SEC.GOV>
**Sent:** Thursday, December 15, 2022 2:59 PM
**To:** (b)(6)  (b)(6) @SEC.GOV>
**Cc:** (b)(6)  (b)(6) @SEC.GOV>; (b)(6)  (b)(6) @SEC.GOV>
**Subject:** RE: FINRA Rule 6440

Thanks, (b)(6)

(b)(5)

Per the 12/9 FINRA notice regarding the trading halt (found here): "Effective Friday, December 09, 2022, the Financial Industry Regulatory Authority, Inc. ("FINRA") halted trading and quoting in the Series A preferred shares of Meta Materials Inc. (OTC Symbol: MMTLP). Pursuant to Rule 6440(a)(3), FINRA has determined that an extraordinary event has occurred or is ongoing that has caused or has the potential to cause significant uncertainty in the settlement and clearance process for shares in MMTLP and that, therefore, halting trading and quoting in MMTLP is necessary to protect investors and the public interest. The trading and quoting halt will end concurrent with the deletion of the symbol effective Tuesday, December 13, 2022..."

(b)(5)

(b)(5)

**From:** (b)(6)    (b)(6)    @SEC.GOV>
**Sent:** Thursday, December 15, 2022 10:27 AM

**To:** (b)(6) (b)(6) @SEC.GOV>
**Cc:** (b)(6) (b)(6) @SEC.GOV>; (b)(6) (b)(6) @SEC.GOV>
**Subject:** RE: FINRA Rule 6440

(b)(5)

**From:** (b)(6)    (b)(6) @SEC.GOV>
**Sent:** Thursday, December 15, 2022 9:54 AM
**To:** (b)(6)    @SEC.GOV>
**Cc:** (b)(6)    (b)(6) @SEC.GOV>; (b)(6)    (b)(6) @SEC.GOV>
**Subject:** FINRA Rule 6440

Hi (b)(6)

We've recently received a number of complaints about FINRA's decision to halt trades for a certain stock pursuant to Rule 6440(a)(3), which allows FINRA to institute a trading and quotation halt in the case of an "extraordinary event."

Here's the relevant rule text, found here:

**(a) Authority for Initiating a Trading and Quotation Halt**

In circumstances in which it is necessary to protect investors and the public interest, FINRA may direct members, pursuant to the procedures set forth in paragraph (b), to halt trading and quotations in OTC Equity Securities (as such term is defined in Rule 6420) if:

…
(3) FINRA determines that an extraordinary event has occurred or is ongoing that has had a material effect on the market for the OTC Equity Security or the security underlying an OTC ADR or has caused or has the potential to cause major disruption to the marketplace or significant uncertainty in the settlement and clearance process ("Extraordinary Event Halt").

The Supplementary Material for the rule reads, in part:

**• • • Supplementary Material: --------------**

**.01 Discretion for Extraordinary Event Halts.** FINRA may impose a trading and quotation halt in an OTC Equity Security pursuant to Rule 6440(a)(3) where FINRA determines, in its discretion, based on the facts and circumstances of the particular event, that halting trading in the security is the appropriate mechanism to protect investors and ensure a fair and orderly marketplace. As a general matter, FINRA does not favor imposing a trading and quotation halt in an OTC Equity Security and will exercise this authority in very limited circumstances. FINRA

may also determine to extend an Extraordinary Event Halt that has been initiated pursuant to Rule 6440 (a)(3) to continue in effect for subsequent periods of up to 10 business days each if, at the time of any such extension, FINRA finds that the extraordinary event is ongoing and determines that the continuation of the halt beyond the prior 10 business day period is necessary in the public interest and for the protection of investors.

**.02 Factors Considered.** In determining whether to impose an Extraordinary Event Halt under Rule 6440(a)(3), FINRA will consider several factors in making its determination, including but not limited to: (1) the material nature of the event; (2) the material facts surrounding the event are undisputed and not in conflict; (3) the event has caused widespread confusion in the trading of the security; (4) there has been a material negative effect on the market for the subject security; (5) the potential exists for a major disruption to the marketplace; (6) there is significant uncertainty in the settlement and clearance process for the security; and/or (7) such other factors as FINRA deems relevant in making its determination. FINRA may review all or some of these factors as it determines appropriate.

(b)(5)

Would welcome your thoughts on this.

Thanks!

(b)(6)

**From:** (b)(6)

**Sent:** Thu, 15 Dec 2022 17:10:29 -0500

**To:** (b)(6)

**Subject:** MMTLP intake


Hey there.  We have seen a huge wage of intake items coming in regarding a FINRA trading halt for Meta Materials (ticker MMTLP) an OTC company.  We are now getting yet more of those items alleging that the company has issued to investors counterfeit shares.

Do you have time for a call to discuss?

(b)(6)

**From:** (b)(6)
**Sent:** Thu, 15 Dec 2022 17:47:39 -0500
**To:** (b)(6)
**Cc:** (b)(6)
**Subject:** Re: FINRA Rule 6440

Yes if you don't mind, please.  Thank you!

Sent from my iPhone

On Dec 15, 2022, at 5:42 PM, (b)(6) (b)(6) @sec.gov> wrote:

Agreed. (b)(5)

**From** (b)(6) (b)(6) @SEC.GOV>
**Sent:** Thursday, December 15, 2022 5:42 PM
**To:** (b)(6) (b)(6) @SEC.GOV>
**Cc:** (b)(6) (b)(6) @SEC.GOV>
**Subject:** Re: FINRA Rule 6440

(b)(5)

Sent from my iPhone

On Dec 15, 2022, at 5:38 PM, (b)(6) (b)(6) @sec.gov> wrote:

(b)(5)

**From:** (b)(6) (b)(6) @SEC.GOV>
**Sent:** Thursday, December 15, 2022 5:38 PM
**To:** (b)(6) (b)(6) @SEC.GOV>
**Cc:** (b)(6) (b)(6) @SEC.GOV>
**Subject:** Re: FINRA Rule 6440

(b)(5)

Sent from my iPhone

On Dec 15, 2022, at 5:14 PM, (b)(6)                     (b)(6)                    )sec.gov> wrote:

(b)(5)

**From:** (b)(6)
**Sent:** Thursday, December 15, 2022 5:05 PM
**To:** (b)(6)        (b)(6)              )SEC.GOV>
**Cc:** (b)(6)                    )SEC.GOV>
**Subject:** RE: FINRA Rule 6440

Are you guys getting intake items on counterfeit MMTLP shares?

(b)(5)                                                              We have 145 items.

**From:** (b)(6)              (b)(6)          )SEC.GOV>
**Sent:** Thursday, December 15, 2022 3:49 PM
**To:** (b)(6)          (b)(6)            )SEC.GOV>
**Cc:** (b)(6)        (b)(6)              )SEC.GOV>; (b)(6)              (b)(6)              )SEC.GOV>
**Subject:** RE: FINRA Rule 6440

Thanks so much!!  Very helpful info.

(b)(5)

Have a good night.

(b)(6)

Duplicate

**From:** (b)(6)
**Sent:**                Thu, 15 Dec 2022 17:13:27 -0500
**To:**            (b)(6)            (Contractor)
**Subject:**            RE: intake

Tomorrow it is. (b)(5)

**From:** (b)(6)            (Contractor) (b)(6)        @SEC.GOV>
**Sent:** Thursday, December 15, 2022 5:12 PM
**To:** (b)(6)            @SEC.GOV>
**Subject:** RE: intake

Ok tomorrow am is good for me ….

**From:** (b)(6)        (b)(6)        SEC.GOV>
**Sent:** Thursday, December 15, 2022 4:59 PM
**To:** (b)(6)        (Contractor) (b)(6)        SEC.GOV>
**Subject:** intake

(b)(5)                                    Apparently, we got a tsunami of
calls.  There are 145 in the cue.

I will begin moving them to the J drive folder but let's talk about how to tackle these together.

(b)(6)

**From:** (b)(6)
**Sent:** Thu, 15 Dec 2022 18:25:54 -0500
**To:** (b)(6)
**Subject:** FW: Intake Items for Ticker MMTLP

(b)(5)

(b)(6)

**From:** (b)(6)
**Sent:** Thursday, December 15, 2022 5:53 PM
**To:** (b)(6) @SEC.GOV> (b)(6) (b)(6) @SEC.GOV>; (b)(6)
(b)(6) @sec.gov>; (b)(6) (b)(6) @SEC.GOV>; (b)(6) (b)(6) @SEC.GOV>; (b)(6)
(b)(6) (b)(6) @SEC.GOV>
**Subject:** Intake Items for Ticker MMTLP

Hello from the Investor Advocate's office.  We are currently buried knee deep in intake items (mostly voicemails) from investors concerning Meta Materials (ticker MMTLP).  FINRA issued a trading halt earlier in the week and some of the items we received relate to the trading halt but others relate to the issuance of counterfeit shares concerning a merger. (b)(5)
(b)(5)

Would you have a few minutes tomorrow to discuss what items you have on MMTLP and how you have responded?

(b)(6)

**From:** (b)(6) on behalf of (b)(6)
**Sent:** Fri, 16 Dec 2022 08:22:16 -0500
**To:** (b)(6)
**Subject:** FW: MMTLP

-----Original Appointment-----
**From:** (b)(6) [(b)(6) 9SEC.GOV>
**Sent:** Friday, December 16, 2022 8:07 AM
**To:** (b)(6)
(b)(6)
**Subject:** MMTLP
**When:** Friday, December 16, 2022 1:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** webex

For those who can attend.

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**
https://secgov.webex.com/secgov/j.php?(b)(6)

**Join by meeting number**
Meeting number (access code): (b)(6)
Meeting password: (b)(6) from phones and video systems)

**Tap to join from a mobile device (attendees only)**
(b)(6)
(b)(6) USA Toll 2
US Toll
Some mobile devices may ask attendees to enter a numeric meeting password.

**Join by phone**

(b)(6)

Global call-in numbers

**Join from a video system or application**
Dial (b)(6) @secgov.webex.com

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

| From: | (b)(6) |
|---|---|
| Sent: | Fri, 16 Dec 2022 08:06:32 -0500 |
| To: | (b)(6) |

(b)(6)

| Subject: | MMTLP |

For those who can attend.

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**
https://secgov.webex.com/secgov/j.php?MTID (b)(6)

**Join by meeting number**
Meeting number (access code): (b)(6)
Meeting password: (b)(6)                    from phones and video
systems)

**Tap to join from a mobile device (attendees only)**
(b)(6)          (b)(6)          USA Toll 2
                                US Toll
Some mobile devices may ask attendees to enter a numeric meeting password.

**Join by phone**
(b)(6)

Global call-in numbers

**Join from a video system or application**
Dial (b)(6)        secgov.webex.com

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

**From:**          (b)(6)
**Sent:**          Fri, 16 Dec 2022 08:03:23 -0500
**To:**            (b)(6)
(b)(6)

**Subject:**       RE: Intake Items for Ticker MMTLP

Let me compare calendars to see what works.

**From:** (b)(6)          (b)(6)          @SEC.GOV>
**Sent:** Friday, December 16, 2022 7:55 AM
**To:** (b)(6)          (b)(6)          @SEC.GOV>  (b)(6)          (b)(6)          @SEC.GOV>  (b)(6)
F. (b)(6)          @sec.gov>;  (b)(6)          (b)(6)          @SEC.GOV>;  (b)(6)          (b)(6)          @SEC.GOV>  (b)(6)
Jennifer M. (b)(6)          @SEC.GOV>
**Subject:** RE: Intake Items for Ticker MMTLP

(b)(6)          and I are available later this morning or early this afternoon if that works for you.

**From:** (b)(6)          (b)(6)          @SEC.GOV>
**Sent:** Thursday, December 15, 2022 5:53 PM
**To:** (b)(6)          (b)(6)          @SEC.GOV>  (b)(6)          (b)(6)          @SEC.GOV>;  (b)(6)
(b)(6)          @sec.gov>; Shiu, Katherine (b)(6)          @SEC.GOV>; Skrzycki, Lisa (b)(6)          @SEC.GOV>  (b)(6)
(b)(6)          (b)(6)          @SEC.GOV>
**Subject:** Intake Items for Ticker MMTLP

Hello from the Investor Advocate's office.  We are currently buried knee deep in intake items (mostly voicemails) from investors concerning Meta Materials (ticker MMTLP).  FINRA issued a trading halt earlier in the week and some of the items we received relate to the trading halt but others relate to the issuance of counterfeit shares concerning a merger. (b)(5)
(b)(5)

Would you have a few minutes tomorrow to discuss what items you have on MMTLP and how you have responded?

(b)(6)

**From:** (b)(6)
**Sent:**        Fri, 16 Dec 2022 08:19:16 -0500
**To:**          (b)(6)
**Subject:**     RE: MMTLP intake

Sure. (b)(6)

**From:** (b)(6)        (b)(6) @SEC.GOV>
**Sent:** Friday, December 16, 2022 8:18 AM
**To:** (b)(6)        (b)(6) @SEC.GOV>
**Subject:** RE: MMTLP intake

Hi, (b)(6)
I'm sorry I missed this last night. (b)(5)
(b)(5)                                                          Let me check with her.
Thanks,
(b)(6)

**From:** (b)(6)        (b)(6)        @SEC.GOV>
**Sent:** Thursday, December 15, 2022 5:10 PM
**To:** (b)(6)        (b)(6) @SEC.GOV>
**Subject:** MMTLP intake

Hey there.  We have seen a huge wage of intake items coming in regarding a FINRA trading halt for Meta Materials (ticker MMTLP) an OTC company.  We are now getting yet more of those items alleging that the company has issued to investors counterfeit shares.

Do you have time for a call to discuss?


(b)(6)

**From:** (b)(6)
**Sent:** Fri, 16 Dec 2022 08:02:42 -0500
**To:** (b)(6)
**Cc:** (b)(6)
**Subject:** RE: This am

(b)(5)

Let me see if I can get something on calendars for MMTLP.

-----Original Message-----
From: (b)(6)    (b)(6)    @SEC.GOV>
Sent: Friday, December 16, 2022 7:57 AM
To: (b)(6)    (b)(6)    @SEC.GOV>
Cc: (b)(6)    (b)(6)    @SEC.GOV>
Subject: Re: This am

(b)(5)

Lmk if you two want to talk about MMTLP this morning.

Sent from my iPhone

> On Dec 16, 2022, at 7:50 AM, (b)(6)    (b)(6)    @sec.gov> wrote:
>
(b)(6)

> -----Original Message-----
> From: (b)(6)    (b)(6)    @SEC.GOV>
> Sent: Friday, December 16, 2022 7:49 AM
> To: (b)(6)    (b)(6)    @SEC.GOV>; (b)(6)    (b)(6)    @SEC.GOV>
> Subject: This am
>
> Good morning -
>
(b)(6)

> Thanks for your understanding!
>
(b)(6)
>
> Sent from my iPhone

**From:** (b)(6)
**Sent:** Fri, 16 Dec 2022 09:05:27 -0500
**To:** (b)(6)
**Subject:** Accepted: MMTLP

**From:** (b)(6)

**Sent:** Fri, 16 Dec 2022 09:41:23 -0500

**To:** (b)(6) (Contractor)

**Subject:** RE: intake

**Attachments:** MMTLP log.xlsx

Here is what  was thinking (see attached).

(b)(5)

**From:** (b)(6) (Contractor) (b)(6) @SEC.GOV>

**Sent:** Friday, December 16, 2022 9:38 AM

**To:** (b)(6) (b)(6) @SEC.GOV>

**Subject:** RE: intake

OK

**From:** (b)(6) @SEC.GOV>

**Sent:** Friday, December 16, 2022 9:35 AM

**To:** (b)(6) (Contractor) (b)(6) @SEC.GOV>

**Subject:** RE: intake

I was thinking of creating a spreadsheet to help us organize.  Thoughts?

**From:** (b)(6) (Contractor) (b)(6) @SEC.GOV>

**Sent:** Friday, December 16, 2022 9:25 AM

**To:** (b)(6) (b)(6) @SEC.GOV>

**Subject:** RE: intake

Good morning, (b)(5)

(b)(5)

**From:** (b)(6) (b)(6) @SEC.GOV>

**Sent:** Thursday, December 15, 2022 4:59 PM

**To:** (b)(6) (Contractor) (b)(6) @SEC.GOV>

**Subject:** intake

For the past 2 days, I have not had access to the voicemail inbox.  Apparently, we got a tsunami of calls.  There are 145 in the cue.

I will begin moving them to the J drive folder but let's talk about how to tackle these together.

(b)(6)

| Date | Phone | Name | Reason | # Call |
|------|-------|------|--------|--------|

**From:** (b)(6)
**Sent:** Fri, 16 Dec 2022 13:54:54 -0500
**To:** (b)(6)
**Subject:** list of MMTLP files in OMMS


I've identified 20 (I misspoke in the meeting and said 24) MMTLP files received pursuant to this issue.

(b)(5)

(b)(6)                    *[she/her/hers]*
Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate

**OFFICE** (b)(6)
**MOBILE** (b)(6)
(b)(6)   @sec.gov



**U.S. Securities and
Exchange Commission**

**From:** (b)(6)
**Sent:** Fri, 16 Dec 2022 13:38:34 -0500
**To:** (b)(6)
**Cc:** (b)(6)
**Subject:** Ombudsman's MMTLP response
**Attachments:** MMTLP response language.docx

All,

As (b)(6) noted in the call, this memo addresses most of the issues we've heard in the MMTLP complaints.

Where investors have complained that FINRA has violated the federal securities laws, we have included language that refers to (b)(5)

Where investors have expressed concerns about their specific investments/investment accounts, we've noted OIEA can contact brokerage firms on the investor's behalf for a response.

Thanks,

(b)(6)

Thank you for contacting the Ombudsman of the U.S. Securities and Exchange Commission (SEC) with your concerns about preferred shares issued by Meta Materials Inc. (Meta) previously trading over-the-counter as MMTLP ("Meta Series A Preferred" shares).

The Office of the Ombudsman handles retail investor recommendations, questions and complaints about the SEC and the self-regulatory organizations (SROs) that it oversees, including FINRA.

As you are likely aware, Next Bridge Hydrocarbons Inc. ("Next Bridge") has filed disclosures in the SEC's EDGAR database regarding Meta's spinoff of Next Bridge to Meta Series A Preferred shareholders, which are accessible at https://www.sec.gov/edgar/browse/?CIK=1936756. As disclosed in Next Bridge's prospectus (see: https://www.sec.gov/Archives/edgar/data/1936756/000119312522292114/d302576 d424b4.htm), "Each one share of Meta's Series A Non-Voting Preferred Stock outstanding as of close of business, New York City time, on December 12, 2022, the record date for the Spin-Off (the "Record Date"), will entitle the holder thereof to receive one share of Common Stock…. The Series A Preferred stockholders will not be required to pay any consideration for the Common Stock they receive in the Spin-Off; immediately after the Spin-Off, all shares of Series A Non-Voting Preferred Stock of Meta shall be cancelled."

Pursuant to Meta's cancellation of these Meta Series A Preferred shares, two notices were posted to FINRA's Over-the-Counter Equities "Daily List," which can be accessed on FINRA's website via a search at https://otce.finra.org/otce/dailyList. To conduct a search for notices about the quotation of Meta Series A Preferred shares, enter in "MMTLP" under "issue" and change the "Start" date field to the December 1, 2022.

The first notice was issued on December 6, 2022 and states: "MMTLP shareholders with settled positions as of 12/12/22 Record Date will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held on Pay Date of 12/14/22. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. MMTLP shares will be canceled effective 12/13/22."

The second notice was issued on December 8, 2022, revising the announcement. The revised announcement states: "See Daily List of 12/6/2022. Announcement Revised: MMTLP shareholders with settled positions as of 12/12/22 will receive

one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22."

On December 9, FINRA issued a notice regarding the "Trading and Quotation Halt for META MATERIALS PFD SER A (MMTLP)." As the notice states, "Effective Friday, December 09, 2022, the Financial Industry Regulatory Authority, Inc. ("FINRA") halted trading and quoting in the Series A preferred shares of Meta Materials Inc. (OTC Symbol: MMTLP). Pursuant to Rule 6440(a)(3), FINRA has determined that an extraordinary event has occurred or is ongoing that has caused or has the potential to cause significant uncertainty in the settlement and clearance process for shares in MMTLP and that, therefore, halting trading and quoting in MMTLP is necessary to protect investors and the public interest. The trading and quoting halt will end concurrent with the deletion of the symbol effective Tuesday, December 13, 2022..." The FINRA Notice can be viewed at https://www.finra.org/sites/default/files/2022-12/UPC-35-2022-MMTLP%28Halt%29_2.pdf. Per the notice, questions should be directed to FINRA Market Operations at (866) 776-0800, Option 2.

For more information on trading halts, delays and suspensions, please visit FINRA's website at https://www.finra.org/investors/investing/investment-products/stocks/trading-halts-delays-suspension.

To the extent you have concerns regarding FINRA's actions, you should consider reporting your concerns to FINRA's Office of the Ombudsman, which acts as an impartial, confidential and independent resource that works informally to assist in finding solutions to issues, or concerns you may have with FINRA.

You may contact the FINRA Ombudsman directly via the webform at https://finra.ethicspointvp.com/custom/FINRA_HelpLine/form_data.asp or by phone at (888) 700-0028. For more information about the services and assistance provided by the FINRA Ombudsman, go to https://www.finra.org/about/office-ombudsman.
Please follow up with the SEC Ombudsman if you feel that your concerns have not been addressed by the FINRA Ombudsman.

Thank you again for contacting the SEC Ombudsman. We appreciate your views.

**From:** (b)(6)
**Sent:** Fri, 16 Dec 2022 14:56:50 -0500
**To:** (b)(6)
**Subject:** RE: Hi!

Perfect – thanks!

**From:** (b)(6)    (b)(6) SEC.GOV>
**Sent:** Friday, December 16, 2022 2:56 PM
**To:** (b)(6)    (b)(6) SEC.GOV>
**Subject:** RE: Hi!

Hi (b)(6)

Great to talk with you today.  We've got about 230 so far, and they are still coming in. (b)(5)
(b)(5)

Let me know if you need any more info.

(b)(6)

**From:** (b)(6)    (b)(6) SEC.GOV>
**Sent:** Friday, December 16, 2022 2:51 PM
**To:** (b)(6)    (b)(6) SEC.GOV>
**Subject:** Hi!

Hi, (b)(6)

It was good to "see" you on the call today ☺
(b)(5)
Will copy you on that correspondence. Do you have a general sense for the volume of complaints?

**From:** (b)(6)
**Sent:** Fri, 16 Dec 2022 14:49:21 -0500
**To:** (b)(6)
**Subject:** RE: list of MMTLP files in OMMS

Right now, I'd just like to give them a sense for the volume of complaints and their nature. I'll ask (b)(6) separately.

---

**From:** (b)(6)    (b)(6)    @SEC.GOV>
**Sent:** Friday, December 16, 2022 1:55 PM
**To:** (b)(6)    (b)(6)    @SEC.GOV>
**Subject:** list of MMTLP files in OMMS

I've identified 20 (I misspoke in the meeting and said 24) MMTLP files received pursuant to this issue.

(b)(5)

(b)(6)    *[she/her/hers]*
Senior Counsel
Office of the Ombudsman
Office of the Investor Advocate

**OFFICE** (b)(6)
**MOBILE** (b)(6)
(b)(6)    @sec.gov



**U.S. Securities and
Exchange Commission**

**From:** (b)(6)
**Sent:**          Fri, 16 Dec 2022 14:58:44 -0500
**To:** (b)(6)
**Subject:**       RE:

Yup.
Thanks

**From:** (b)(6) (b)(6) )SEC.GOV>
**Sent:** Friday, December 16, 2022 2:58 PM
**To:** (b)(6) (b)(6) )SEC.GOV>
**Subject:** RE:

We have nearly 200.  Similar to OIEA.  I would also direct them to the petition with nearly 12,000 signatures.

**From:** (b)(6) (b)(6) )SEC.GOV>
**Sent:** Friday, December 16, 2022 2:57 PM
**To:** (b)(6) (b)(6) )SEC.GOV>
**Subject:** RE:

And how many complaints has OIAD received?

**From:** (b)(6) (b)(6) )SEC.GOV>
**Sent:** Friday, December 16, 2022 2:52 PM
**To:** (b)(6) (b)(6) )SEC.GOV>
**Subject:** RE:

(b)(5)

**From:** (b)(6) (b)(6) )SEC.GOV>
**Sent:** Friday, December 16, 2022 2:51 PM
**To:** (b)(6) (b)(6) )SEC.GOV>
**Subject:**

Hi (b)(6)

(b)(5)

Can you possibly give me a general sense for the number (b)(5) received on this since last Friday?

**From:** (b)(6)
**Sent:**      Fri, 16 Dec 2022 15:12:22 -0500
**To:**        (b)(6)
**Subject:**      RE: Can you please read this draft and make sure it's accurate and coherent?

(b)(5)

**From:** (b)(6)  (b)(6)  ƏSEC.GOV>
**Sent:** Friday, December 16, 2022 2:53 PM
**To:** (b)(6)    (b)(6)    ƏSEC.GOV> (b)(6)    (b)(6)    ƏSEC.GOV>
**Subject:** Can you please read this draft and make sure it's accurate and coherent?

Feel free to edit anything that's demonstrably wrong!

(b)(5)

**From:** [(b)(6)]
**Sent:**        Fri, 16 Dec 2022 16:39:25 -0500
**To:**          [(b)(6)] (Contractor)
**Subject:**     RE: IA VM Intake

Add to the spreadsheet

**From:** [(b)(6)] (Contractor) [(b)(6)] @SEC.GOV>
**Sent:** Friday, December 16, 2022 4:06 PM
**To** [(b)(6)]                [(b)(6)] @SEC.GOV>
**Subject:** IA VM Intake

From: [(b)(6)]

[(b)(6)]                              **(Contractor)**

Confidential Assistant , C2 Alaska, LLC.
Office of the Investor Advocate
Securities Exchange Commission

100 F Street, N.E.| Washington, DC 20549
Email: [(b)(6)]   [@sec.gov] [(b)(6)]

**From:** (b)(6)
**Sent:** Fri, 16 Dec 2022 15:50:09 -0500
**To:** (b)(6)
**Subject:** Re: Investor Complaints - FINRA's Trading/Quotation Halt of MMTLP

Just tried to call you - call if u can

Sent from my iPhone

On Dec 16, 2022, at 3:39 PM, (b)(6) (b)(6) )sec.gov> wrote:

Thanks so much for doing that quickly. (b)(5)

---

**From:** (b)(6) , (b)(6) )SEC.GOV>
**Sent:** Friday, December 16, 2022 3:37 PM
**To:** (b)(6) (b)(6) )SEC.GOV>(b)(6) (b)(6) )SEC.GOV>; (b)(6)
(b)(6) )SEC.GOV>; (b)(6) (b)(6) )SEC.GOV>
**Cc:** (b)(6) )(6) )SEC.GOV>
**Subject:** FW: Investor Complaints - FINRA's Trading/Quotation Halt of MMTLP
**Importance:** High

(b)(5)

Best,

(b)(6)

---

**From:** (b)(6)
**Sent:** Friday, December 16, 2022 3:32 PM
**To:** (b)(6) (b)(6) )sec.gov>; (b)(6) @sec.gov>; (b)(6)
(b)(6) @sec.gov>
**Cc:** (b)(6) (b)(6) )SEC.GOV>
**Subject:** Investor Complaints - FINRA's Trading/Quotation Halt of MMTLP
**Importance:** High

(b)(5)

Best regards,

(b)(6)

(b)(6)

Acting Ombudsman
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
(b)(6)
(b)(6)    )sec.gov

**From:** (b)(6)
**Sent:**            Fri, 16 Dec 2022 16:58:15 -0500
**To:**       (b)(6)            (Contractor)
**Subject:**        RE: intake

Great work.  I have about 30 more for 12/13.

**From:** (b)(6)        (Contractor) (b)(6)      @SEC.GOV>
**Sent:** Friday, December 16, 2022 4:57 PM
**To:** (b)(6)        (b)(6)        @SEC.GOV>
**Subject:** RE: intake

Status Update about 6 more for 12/14 date

**From:** (b)(6)      , (b)(6)        >SEC.GOV>
**Sent:** Friday, December 16, 2022 11:16 AM
**To:** (b)(6)        (Contractor) (b)(6)      SEC.GOV>
**Subject:** RE: intake

How's it going?

**From** (b)(6)        (Contractor) (b)(6)      >SEC.GOV>
**Sent:** Friday, December 16, 2022 10:03 AM
**To:** (b)(6)        (b)(6)        >SEC.GOV>
**Subject:** RE: intake

I see the work sheet – I need to enter the noted information first for all voicemails?

**From:** (b)(6)        (b)(6)        >SEC.GOV>
**Sent:** Friday, December 16, 2022 9:44 AM
**To** (b)(6)        (Contractor) (b)(6)      >SEC.GOV>
**Subject:** RE: intake

The worksheet is saved to your J drive folder.

**From:** (b)(6)        (Contractor) (b)(6)      >SEC.GOV>
**Sent:** Friday, December 16, 2022 9:38 AM
**To:** (b)(6)        (b)(6)        >SEC.GOV>
**Subject:** RE: intake

OK

**From:** (b)(6)        (b)(6)        >SEC.GOV>
**Sent:** Friday, December 16, 2022 9:35 AM

**To:** (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Subject:** RE: intake

I was thinking of creating a spreadsheet to help us organize.  Thoughts?

**From:** (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Sent:** Friday, December 16, 2022 9:25 AM
**To:** (b)(6) (b)(6) @SEC.GOV>
**Subject:** RE: intake

Good morning, Looks like you have moved all the vm's to the J Drive – starting with Wireless 2 at 4:59 PM time yesterday.

I will do 10 vm's at a time to offer my suggestion on how to respond.

**From:** (b)(6) @SEC.GOV>
**Sent:** Thursday, December 15, 2022 4:59 PM
**To:** (b)(6) (Contractor) (b)(6) @SEC.GOV>
**Subject:** intake

(b)(6) Apparently, we got a tsunami of calls.  There are 145 in the cue.

I will begin moving them to the J drive folder but let's talk about how to tackle these together.

(b)(6)