IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON ROLO,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1-100,<br><br>    Defendants. | Case No. 24-cv-02053-VDO<br><br>September 9, 2025 |

## THE DEPOSITORY TRUST & CLEARING CORPORATION'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

The Depository Trust & Clearing Corporation ("DTCC") respectfully submits this opposition to plaintiff Jason Rolo's ("Plaintiff") Notice of Supplemental Authority Against SEC, FINRA, and DTCC (ECF 75) ("Notice") notifying the Court of *National Association of Private Fund Managers, et al. v. SEC,* 2025 WL 2434051 (5th Cir. Aug. 25, 2025) ("*NAPFM*") – a narrow Fifth Circuit decision concerning SEC rulemaking.

*NAPFM* is entirely irrelevant to Plaintiff's case and the Notice is improper for the reasons articulated in the response and objection filed by the SEC and FINRA, respectively (ECF 76, 77), both of which DTCC joins.

For the foregoing reasons, DTCC respectfully requests that the Court disregard the Notice and strike it from the record.

Dated: September 9, 2025

Respectfully submitted,

*/s/ Alfred U. Pavlis*
Alfred U. Pavlis (ct08603)
Eli Yampel (ct31813)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com
       eyampel@fdh.com

*/s/ Margaret A. Dale*
Margaret A. Dale (Bar No. 06257)
(*pro hac vice*)
Amy Gordon (Bar No. 208541) (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
mdale@proskauer.com
agordon@proskauer.com

*Counsel for Defendant The Depository Trust & Clearing Corporation*

## **CERTIFICATION**

I hereby certify that on September 9, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, Connecticut 06901
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com