**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JASON TODD ROLO,<br><br>               Plaintiff,<br><br>    v.<br><br>SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, DEPOSITORY TRUST & CLEARING CORPORATION, and JOHN DOE 1-100.<br><br>               Defendants. | Case No. 3:24-cv-02053-VDO<br><br><br>**NOTICE OF WITHDRAWAL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brian M. Hayes, of the law firm of Faegre Drinker Biddle & Reath LLP, hereby respectfully requests to withdraw his appearance as counsel in this matter on behalf of Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"). The undersigned has accepted employment elsewhere. FINRA will continue to be represented by its counsel of record at Faegre Drinker Biddle & Reath LLP.

Dated: May 7, 2026

_____

Brian M. Hayes, Esq. (ct31801)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ  07932
Telephone:  (973) 549-7029
Brian.Hayes@faegredrinker.com

*Attorneys for Defendant*
*Financial Industry Regulatory Authority, Inc.*